## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: _____

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL, Plaintiffs )<br><br>v. )<br><br>GROVE OPERATING, LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL Defendant ) | COMPLAINT |

### INTRODUCTION

This case arises out of the Defendants'[1] violations of Chapters 186, § 15B for charging an illegal holding fee to the Plaintiff and 93A of the Massachusetts General Laws for their unfair and deceptive acts and practices. The Defendants were negligent in failing to install the proper heating element in the Plaintiffs' apartment and failing to repair the system. In addition Defendants breached the Implied Warranty of Habitability by failing to provide adequate heating and drinking water. As a result the Plaintiffs have suffered both financial and emotional damages. Furthermore, due to the Defendants' negligence and failure to provide safe drinking water, the Plaintiffs' son suffered physical injury, which in turn has caused the Plaintiffs to suffer severe emotional stress.

### STATEMENT OF JURISDICTION

This Court has jurisdiction pursuant to M.G. L. c. 223A, §§ 2-3.

---

[1] "Defendants" shall mean all Defendants that are named in this Complaint unless otherwise provided herein.

DEFENDANTS

1. Grove Operating, Limited Partnership
2. Equity Residential Properties Management Corp.
3. Equity Residential Properties Management Corp. II
4. Equity Residential Properties Management Limited Partnership
5. Samuel Zell as Trustee of Equity Residential
6. Equity Residential

G. Brief Description of Plaintiffs' Injuries

1. Lead poisoning of Christopher Caldwell
2. Severe emotional distress and financial damages due to negligence resulting in Plaintiffs' child's injury, lack of heat, increased electric bills ($157,654.28)
3. Financial damages due to charge of holding fee ($1500.00)
4. Financial damages due to Breach of Warranty of Habitability ($6,625)
5. Financial damage due to Breach of Lease ($528.28)
6. Financial and emotional distress damages under M.G.L. c. 93A ($157,654.28)(reflects single damages only)

<u>PARTIES</u>

1. The Plaintiff, Benjamin Caldwell, is an individual residing at 22-2 Meadow Lane, Bridgewater, Massachusetts 02324.

2. The Plaintiff, Meredith Caldwell, is an individual residing at 22-2 Meadow Lane, Bridgewater, Massachusetts 02324.

3. The Plaintiffs, Benjamin Caldwell and Meredith Caldwell (referred to collectively hereinafter as the "Plaintiffs") are the parents of minor child, Christopher Caldwell (referred to hereinafter as "Christopher").

4. The Defendant, Grove Operating, Limited Partnership, is a foreign limited partnership located at 598 Asylum Avenue, Hartford, Connecticut 02110. Grove Operating, Limited Partnership's Resident Agent is CT Corporation System located at 101 Federal Street, Boston, Massachusetts 02110.

5. The Defendant, Equity Residential Properties Management Corp., is a foreign corporation with its principal office located at 2 North Riverside Plaza, Suite 400, Chicago, Illinois 60606. The Defendant, Equity Residential Property Management Corp.'s Resident Agent is CT Corporation, located at 101 Federal Street, Boston, Massachusetts 02110.

6. The Defendant, Equity Residential Properties Management Corp. II is a foreign corporation with its principal office located at 2 North Riverside Plaza, Suite 400, Chicago, Illinois 60606. Equity Residential Property Management Corp. II's Resident Agent is CT Corporation, located at 101 Federal Street, Boston, Massachusetts 02110.

7. The Defendant, Equity Residential Properties Management Limited Partnership is a foreign limited partnership with its principal office located at 2 North Riverside Plaza, Suite 400, Chicago, Illinois 60606. The Defendant, Equity Residential Properties Management Limited Partnership's Resident Agent is Lexis Document Services I, located at 84 State Street, Fifth Floor, Boston, Massachusetts 02109.

8. The Defendant, Samuel Zell, an individual, is the Trustee of Equity Residential, located at 2 North Riverside Plaza, Suite 400, Chicago, Illinois, 60606.

9. Equity Residential is a voluntary association and trust with its principal office located at CT Corporation System, 101 Federal Street, Boston, Massachusetts, 02110. The Resident Agent for Equity Residential is CT Corporation, located at 101 Federal Street, Boston, Massachusetts 02110.

<u>STATEMENT OF FACTS</u>

10. The Plaintiffs repeat and reallege paragraphs numbered 1 through 9 as though fully set forth herein.

11. At all material times the Defendants, as lessors, were engaged in trade or commerce as defined by M.G.L. c. 93A.

12. At all material times, the Defendant, Grove Operating, Limited Partnership, has been the owner of the apartment complex located at 120 Dean Street, Taunton, Massachusetts.[2]

13. On or about August 14, 2003, the Plaintiffs executed a lease agreement for the rental of a residential dwelling located at 120 Dean Street, apartment #101B, Taunton, Massachusetts (the "Apartment" hereinafter). A copy of said Lease Agreement, marked Exhibit "A," is attached hereto and incorporated herein.[3]

14. The Defendants required the Plaintiffs to pay a Five Hundred Dollar ($500.00) illegal holding fee to rent the Apartment.

15. The Defendants further informed the Plaintiffs that they would not be permitted to rent the Apartment unless this fee was paid.

16. Because the Plaintiffs believed this fee was a security deposit, and because they wished to rent the Apartment, they paid this fee to the Defendants.

17. During a telephone conversation, on February 18, 2004, the Defendant's agent acknowledged that the Plaintiffs paid a Five Hundred Dollar ($500) fee, but could not explain why such a fee was charged.

18. The Plaintiffs' belief that the Five Hundred Dollar ($500) fee was a security deposit was reasonable, as the Lease Agreement executed by the Parties contains a security deposition provision. See Exhibit A, paragraph 5.

19. The Lease Agreement also contains an illegal "One-Time Fees" provision absent any explanation for charging such fees. See Exhibit A, paragraph 6.

20. As lessors, the Defendants owed a duty to the Plaintiffs to provide heat and water.

21. During the Plaintiffs' tenancy, the Defendants failed to provide adequate heating and safe tap water.

22. From November 2003 through January 2004, when the weather was extremely cold, the Defendants failed to provide adequate heating to the Plaintiffs, due to the Defendants' negligent installation of an inadequate heating element.

23. From November 2003 through January 2004, the Plaintiffs contacted the Defendants' Emergency Repair Service several times, however, maintenance personnel often failed to honor scheduled appointments.

---

[2] Equity Residential Properties Management Corp., Equity Residential Property Management Corp. II, Equity Residential Properties Management Limited Partnership, Samuel Zell as Trustee of Equity Residential and Equity Residential are agents of the owner, Grove Operating, Limited Partnership.

[3] To avoid confusion, exhibits referred to in the Complaint have been marked with exhibit stickers. Other marked documents are simply part of prior correspondence from the Plaintiffs to the Defendants.

24. In November 2003, the Plaintiffs informed the Defendants that Christopher suffered from a temperature regulation/stabilization disorder, and therefore, it was crucial for the Apartment to be adequately heated.

25. According to Defendants' maintenance personnel, an improper heating system had been installed for the size of the Apartment rented by the Plaintiffs.

26. From November 2003 through January 2004, the Defendants were unsuccessful in their attempts to repair the heating system.

27. Eventually, the Plaintiffs were provided with an electric radiator, which proved inadequate to heat the Apartment.

28. From November 2003 through January 2004, the Plaintiffs paid the Defendants the full amount of rent.

29. At all material times, the Defendants were on notice that the Plaintiffs' Apartment was not adequately heated.

30. At all material times, the Defendants were aware that the Plaintiffs' son, Christopher suffered from a temperature regulation/stabilization disorder.

31. Due to the Defendants' failure to provide adequate heating during the cold months, the Plaintiffs were forced to drive Christopher around in their car with the heat on to prevent hypothermia.

32. Furthermore, after being provided the radiator, the Plaintiffs were forced to confine Christopher to one room with the radiator, while the rest of the Apartment remained cold.

33. As the direct and proximate result of the Defendants' failure to provide adequate heating, the Plaintiffs suffered severe emotional distress due to the constant stress of worrying about Christopher's health.

34. As a direct and proximate result of the Defendant's failure to provide adequate heat, the Plaintiffs suffered monetary damages.

35. The Defendants' failure to repair the heating system and/or install the proper heating system resulted in a breach of the Lease Agreement.

36. According to the Lease Agreement, the Defendants are prohibited from taking any action, which would "substantially increase [a tenant's] utility bills." See Exhibit A, paragraph 7.

37. The Plaintiffs' electricity bills approximately tripled in sized due to the faulty heating system and necessity of the radiator. Copies of said bills, marked Exhibit "B," are attached hereto and incorporated herein.

38. In addition to failing to provide adequate heating, during the Plaintiffs' tenancy, the Defendants failed to provide water safe for bathing or drinking.

39. During all material times, drinking water provided by the Defendants contained illegal concentrations of lead. A copy of the Analysis of Lead in Drinking Water, marked Exhibit "C," is attached hereto and fully incorporated herein.

40. During their tenancy, the Plaintiffs bathed Christopher in the tap water on a regular basis.

41. During their tenancy, the tap water was used to mix Christopher's formula.

42. After residing in the apartment for approximately six (6) months, the Plaintiffs noticed that Christopher's behavior and disposition had changed dramatically.

43. The Plaintiffs took Christopher to his pediatrician who had him tested for lead poisoning.

44. The test results revealed extremely high lead levels in Christopher's blood. Medical records, marked Exhibit "D," are attached hereto and fully incorporated herein.

45. The Plaintiffs immediately contacted the Defendants to inform them of the lead poisoning.

46. In January 2004, a lead test analysis was performed on the tap water from the Apartment.

47. In February, the Massachusetts Department of Public Health test results revealed illegal lead concentrations in the tap water from the Plaintiffs' Apartment. See Exhibit C.

48. As a direct and proximate result of the Defendants' failure to provide reasonably safe tap water, the Plaintiffs suffered financial damages.

49. As a direct and proximate result of the Defendants' failure to provide reasonably safe tap water, the Plaintiffs' son, Christopher suffered physical injury, which in turn caused the Plaintiffs to suffer severe emotional distress.

50. Had the Defendants adequately inspected the piping and tap water, they could have prevented and / or mitigated the lead concentration in the Plaintiffs' tap water or the damage caused by the illegal lead concentrations.

51. In the beginning of January 2004, the Plaintiff's verbally requested that the Defendants cancel the Lease Agreement, and return their "security deposit" (i.e., holding fee).

52. The Defendants stated that they would be permitted to cancel the Lease Agreement and receive any deposit if the Plaintiffs agreed to sign a release for any and all claims related to the lead poisoning.

53. The Plaintiffs refused to sign such a release.

54. On January 27, 2004 Notice of Cancellation to the Defendants' agent, Mr. Joel Davis ("Mr. Davis" hereinafter). A copy of said Notice, marked Exhibit "E," is attached hereto and fully incorporated herein.

55. The Defendants failed and refused to refund the Plaintiffs the illegally charged fee.

56. On March 9, 2004, the Plaintiffs sent a formal demand letter to the Defendants pursuant to M.G.L. c. 93A, which again demanded that the Plaintiffs be refunded this fee. A copy of said Demand Letter, marked Exhibit "F," is attached hereto and incorporated herein.

57. On March 15, 2004, the Defendants received the Plaintiffs' formal demand letter pursuant to M.G.L. c. 93A. See Exhibit F.

58. The Defendants have completely failed and refused to respond in any manner to the Plaintiffs' Demand Letter.

## STATEMENT OF CLAIMS

## COUNT I-VIOLATION OF M.G.L. c. 186, § 15B

59. The Plaintiffs repeat and reallege paragraphs numbered 1 through 58 as though fully set forth herein.

60. The "holding fee" charged by the Defendants is an illegal fee prohibited by M.G.L. c. 186, § 15B.

61. The Lease Agreement contains a provision for "One-Time Fees." See Exhibit A paragraph 6. .

62. Despite the Plaintiffs' requests to have this fee returned, the Defendants have failed to do so.

## COUNT II- BREACH OF IMPLIED WARRANTY OF HABITABILITY

63. The Plaintiffs repeat and reallege paragraphs numbered 1 through 62 as though fully set forth herein.

64. The failure of the Defendants to provide adequate heating for the Plaintiffs violated the implied warranty of habitability.

65. The Defendants further breached the implied warranty of habitability by providing unsafe tap water, which contained over double the legally allowable lead concentrations.

66. As a result of the lead contaminated water the Plaintiffs were effectively denied safe drinking and bathing water for their son, Christopher.

67. As a result of the Defendants failure to provide adequate heat and safe drinking and bathing water, the premises had essentially no fair market value.

## COUNT III – BREACH OF LEASE AGREEMENT

68. The Plaintiffs repeat and reallege paragraphs numbered 1 through 67 as though fully set forth herein.

69. According to the Lease Agreement, the Defendants were not permitted to take actions which would "substantially increase [the tenant's] utility bills." See Exhibit A paragraph 7.

70. The Plaintiffs electric bills tripled in size due to the electric radiator provided by the Defendants. See Exhibit B.

71. As a direct and proximate result the Plaintiffs suffered financial damages.

## COUNT IV – VIOLATION OF M.G.L. c. 93A

72. The Plaintiffs repeat and reallege paragraphs numbered 1 through 71 as though fully set forth herein.

73. As the Defendants are involved in the business of leasing residential property, they are engaged in trade or business as defined by M.G.L. c. 93A.

74. The Plaintiffs sent a formal demand letter to the Defendants on March 9, 2004, and the Defendants received the same on March 15, 2004. See Exhibit F.

75. The Defendants have completely failed to respond to the Plaintiffs' demand letter.

76. In addition, the Defendants violated M.G.L. c. 93A by engaging in the following unfair and deceptive acts and practices:

    a. Charging and failing to refund an illegal holding fee in violation of M.G.L. c. 186, § 15B;

    b. Failing to correct the heating problem within a reasonable time;

    c. Failing to provide safe tap water; and

    d. Refusing to refund the Plaintiffs fee unless the Plaintiffs signed a release for unrelated lead poisoning issues.

77. As a direct and proximate result of the Defendants' unfair and deceptive conduct, the Plaintiffs suffered monetary damages and severe emotional stress.

78. As a direct and proximate result of the Defendants' unfair and deceptive conduct, the Plaintiffs' son, Christopher, suffered physical injury.

## COUNT V - NEGLIGENCE

79. The Plaintiffs repeat and reallege paragraphs numbered 1 through 78 as though fully set forth herein.

80. The Defendants were under a duty to provide adequate heat for the Plaintiffs' Apartment.

81. The Defendants breached this duty by their failure to install a proper heating element in the Plaintiffs' Apartment.

82. The Defendants further breached their duty to repair the heating system.

83. At all material times, the Defendants were aware of Christopher's disability.

84. The Plaintiffs were under a duty to provide tap water which would not endanger the health of the Plaintiffs' and their son.

85. The Plaintiffs breached this duty by providing tap water will illegal concentrations of lead.

86. As the direct and proximate result of the Defendants' conduct the Plaintiffs suffered monetary damages and severe emotional distress due to the constant threat of their son becoming hypothermic.

87. Furthermore, as the direct and proximate result of the Defendants conduct, the Plaintiffs' son, Christopher, has suffered physical injury.

WHEREFORE, PLAINTIFFS DEMAND JUDGMENT AGAINST DEFENDANTS AS FOLLOWS:

## COUNT I

For One Thousand, Five Hundred Dollars ($1,500) (treble the amount of the holding fee) plus interest, costs and reasonable attorneys fees.

## COUNT II

For Six Thousand, Six Hundred Twenty-Five Dollars ($6,625) (rents paid by Plaintiff) plus interest, costs and reasonable attorneys fees.

## COUNT III

For Five Hundred Twenty-Nine Dollars and Twenty-Eight Cents ($528.28) plus interest, costs and reasonable attorneys fees.

## COUNT IV

For treble the amount of One Hundred Fifty-Seven Thousand, Six Hundred Fifty-Four Dollars and Twenty-Eight Cents ($157,654.28) plus interest, costs and reasonable attorneys fees.

## COUNT V

For One Hundred Fifty-Seven Thousand, Six Hundred Fifty-Four Dollars and Twenty-Eight Cents ($157,654.28) plus interest, costs and reasonable attorneys fees.

## DEMAND FOR JURY TRIAL

The Plaintiffs reserve their right to a jury trial on all issues so triable.

Dated:  August 10, 2004

Respectfully submitted,
BENJAMIN CALDWELL and
MEREDITH CALDWELL
By the attorney,

*Rachel Manzo*

Rachel Manzo (BBO# 65831)
Dailey & Associates, P.A.
353 West Center Street
Post Office Box 517
West Bridgewater, MA  02739
508 588-4800

## STANDARD APARTMENT LEASE – TERMS AND CONDITIONS
## (MASSACHUSETTS FORM)

These Standard Apartment Lease – Terms and Conditions ("Terms and Conditions") are attached to and made a part of that certain Standard Apartment Lease - Term Sheet (the "Term Sheet") entered into by Lessor and Resident as of the Effective Date. These Terms and Conditions, the Term Sheet and any written agreements incorporated into the Term Sheet are collectively referred to as the "Lease." As used in this Lease, the term "Lessor" shall refer collectively to the entity identified as such on the Term Sheet, as agent for the owner of the Community, as well as the owner of the Community; the term "Resident" shall refer collectively to each of the resident(s) identified as such on the Term Sheet, jointly and severally; the term "Occupant" shall refer collectively to each of the occupant(s) identified as such on the Term Sheet; the term "Guests" shall refer collectively to any of Resident's or Occupant's guests, agents or other invitees; and the term "Effective Date" shall refer to the first day on which both parties have signed the Term Sheet or the Commencement Date of the Lease Term identified on the Term Sheet, whichever is earlier. Unless otherwise defined above and herein, the capitalized terms used in these Terms and Conditions shall have the meaning set forth on the Term Sheet.

Lessor is pleased to rent to Resident, and each Resident agrees to rent from Lessor, the Premises located at the Community, subject to the provisions of the Lease. The "Premises" shall collectively refer to the Apartment located at the Community and identified on the Term Sheet (the "Apartment") as well as any other space(s) located at the Community and identified in the Monthly Rent provision of the Term Sheet or used exclusively by Resident, if any.

1.    **Lease Term.** The Lease Term (both dates inclusive) is identified on the Term Sheet; provided, however, that if any space other than the Apartment is a separate item in the Monthly Rent provision of the Term Sheet, the period of time identified with that separate item shall be the Lease Term for such space. The Lease Term shall also include any period of time prior to the Commencement Date of the Lease Term during which Lessor has granted Resident and Resident has accepted possession of the Premises. At the end of such stated Lease Term, this Lease will automatically renew on a month-to-month basis unless and until Lessor or Resident gives the other party a Notice to Vacate as defined in and required by the Lease Term Expiration - Notice to Vacate/Renewal paragraph below or unless and until Lessor and Resident enter into a Lease renewal or another lease and the Lease Term shall include all such renewal periods. If this Lease is properly terminated as provided herein, Resident agrees to surrender possession of the Premises in the same condition as at the commencement of the Lease Term, reasonable wear and tear excepted.

2.    **Rent.** For any given month, the "Total Monthly Rent" is defined as the sum of all of the items identified as Monthly Rent on the Term Sheet for such month. Total Monthly Rent (or that portion of a given month covered by the Lease Term) is due from Resident in advance and without demand on or before the first (1st) day of each month at the Community's on-site management office or at the location designated by Lessor (the "Management Office"). All of the Other Fees and Charges identified on the Term Sheet as well as any and all contractual fees and charges owed by Resident according to the terms of this Lease and applicable law shall be deemed "Additional Rent" and, if due from Resident according to the terms of this Lease. Additional Rent shall be due either on demand or as otherwise required by the Lease. Total Monthly Rent and Additional Rent shall be referred to collectively as "Rent." Rent shall be paid with a personal check (but not a third party personal check), cashier's check, certified check or money order in the exact amount due, but Lessor reserves the right to refuse payments of Rent or any or all of the Deposits identified on the Term Sheet in the form of a personal check at any time. Rent payments must be made each month in one (1) lump sum even if there is more than one (1) Resident. For Resident's as well as Lessor's protection, payments may not be made in cash. If two (2) or more of Resident's personal checks are dishonored by the institution from which the check is drawn, Resident will be required to pay Rent by cashier's check or money order. Lessor is not required to redeposit a dishonored check.

3.    **Late Charges and NSF Fee.** Resident acknowledges that late payment of Rent by Resident to Lessor will cause Lessor to incur costs not contemplated by this Lease. The exact amount of such costs being extremely difficult and impracticable to fix. Such costs include without limitation the following: lost use of funds by Lessor; charges that may be imposed on Lessor by reason of late payments owed on any obligation covering the Premises; costs incurred in connection with accounting for and attempting to collect late payments; outside collection agency expenses; and other administrative and accounting

costs related to late payments. Therefore, if Rent is not paid on or before that day of the month identified in the Late Charge Terms on the Term Sheet, which date shall be not less than thirty (30) days subsequent to the date on which said payment was due as provided herein, late charges will be due from Resident in accordance with such Late Charge Terms. In no event, however, shall such late charges exceed any maximum provided for by applicable law. If Resident's check is dishonored by the institution from which the check is drawn, the NSF Fee identified on the Term Sheet will be due from Resident, and in addition, the applicable late charges will be due from Resident if the dishonored check is not replaced in time to avoid such late charges. The parties agree that these late charges represent a fair and reasonable estimate of the costs that Lessor will incur by reason of late payment of Rent by Resident. Resident acknowledges that the terms of this late charges provision have been discussed and agreed to prior to the Resident's execution of this Lease.

4.    **Application and Acceptance of Payments.** Payments received by Lessor from or on behalf of Resident shall be applied to Resident's account first to satisfy unpaid Additional Rent and non-rent obligations of Resident (in the order of priority determined by Lessor) and then to unpaid Total Monthly Rent, regardless of notations on checks or money orders and regardless of when the obligations arose. Lessor is not obligated to accept unpaid Rent or any other unpaid amounts, except to the extent required to be accepted by law. If Lessor accepts an amount less than the full amount due, Lessor in no way waives any of its rights and remedies under the Lease or otherwise for unpaid Rent or any other unpaid amounts. To the extent permitted by law, Lessor may, but has no obligation to, terminate this Lease if Resident is chronically late with Rent payments. Chronic late payment is defined as being served with a notice to quit for non-payment of rent on two (2) or more occasions in any twelve (12) month period. Lessor's acceptance of multiple late payments or Lessor's agreement to forgive a late fee or to otherwise insist upon strict compliance with the terms of this Lease or Lessor's delay in demanding strict compliance with this Lease shall not, consistent with the Waiver paragraph below, constitute a waiver.

5.    **Security Deposit.** Before Resident may occupy the Premises, Resident must pay Lessor the Total Deposits identified on the Term Sheet. These Total Deposits are not prepaid Rent but are a good faith deposit for Resident's faithful fulfillment of each provision of this Lease as provided by applicable law and as a contingency against damages to the Premises or the Community caused by Resident, Occupant or any of their Guests. The Total Deposits will be held by Lessor without liability for interest unless otherwise required by law. No portion of the Total Deposits may be applied by Resident to any Rent payment. Resident's responsibility for damages under this Lease is not limited to the amount of the Total Deposits, and Lessor may use any and all of the rights and remedies provided to Lessor by law and in equity to recover any and all damages Lessor sustains. Additional disclosures and information regarding the return of Total Deposits are contained in the Return of Security Deposit paragraph and the Additional State-Specific Requirements and Disclosures paragraph below.

© Equity Residential 2003. All Rights Reserved.

Page 1 of 8

National Lease ... (12/1/02)

EXHIBIT
A

**6    One-time Fees:**   In addition to the Rent and the Deposits identified on the Term Sheet, Resident agrees to pay prior to moving into the Premises the Other Fees and Charges, if any, identified on the Term Sheet. Such fees are not refundable and in no way release Resident from the obligation of leaving the Premises in the condition required by this Lease.

**7.    Utilities and Utility Cost Adjustments During Lease Term:** During the Lease Term, Lessor shall pay for those utilities identified and checked on the Term Sheet (subject to change as set forth below.) Resident shall pay for those utilities identified but not checked on the Term Sheet (subject to change as set forth below) as well as all other utilities not identified on the Term Sheet, if any, and all deposits, fees, charges and services on utility bills for utilities connected in Resident's name. Lessor reserves the right to select the utility company that will provide such utility services. Resident shall not allow utilities to be disconnected by any means (including nonpayment of bill) until the end of the Lease Term, at which time Resident shall obtain final utility bills and pay all outstanding charges for utility services up to and including the expiration of the Lease Term. Changes or installation of utility lines, meters, sub-metering or load management systems, and similar electrical equipment serving the Premises shall be the exclusive right of Lessor, provided such work does not substantially increase Resident's utility bills. Lessor reserves the right to install individual meters for measuring any or all utilities inside each apartment or to use any other method of measuring, estimating or allocating utility usage that Lessor reasonably deems to be appropriate to the extent permitted by applicable law. Should Lessor exercise this right, Lessor will notify Resident at least 30 days prior to commencement of such billing. If Lessor provides cable TV at the Community, the cable channels provided may be changed during the Lease Term if the change applies to all residents of the Community.

**8    Lease Application:**   Resident will promptly notify Lessor in writing of any change in the information provided by Resident on Resident's lease application. If any information given by Resident in Resident's lease application is false, incomplete or misleading or if Resident fails to so notify Lessor of any such change, it shall be a default by Resident under this Lease, and Lessor may, at its option, immediately terminate this Lease.

**9    Delay in Delivery of Possession:**   If Lessor does not deliver possession of the Premises on or before the Commencement Date of the Lease Term for any reason, Lessor shall not be liable for failure to deliver possession on that date, but that portion of Resident's Rent for the undelivered Premises payable under this Lease shall be abated on a per diem basis until Lessor delivers possession to Resident. If the Premises is not delivered to Resident within thirty (30) days from the date promised, either Resident or Lessor may thereafter terminate this Lease by written notice. If this Lease is not terminated, the Expiration Date of the Lease Term shall not be extended by reason of any delay in delivering possession of the Premises to Resident. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that do not prevent Resident from occupying the Apartment or, for any undelivered Premises (other than the Apartment), if Lessor has offered to Resident substitute Premises of comparable location and quality at no additional cost to Resident.

**10    Failure to Pay Deposits, Other Fees and Charges and First Month's Rent:**   Unless otherwise agreed to in writing by Lessor, if Resident fails to pay prior to occupying the Premises or on or before the Commencement Date of the Lease Term, whichever is earlier, an amount equal to the Total Deposits, the Other Fees and Charges, the Total Monthly Rent for the first full month of the Lease Term and, if the Lease Term commences on a day other than the first day of the month, that portion of the Total Monthly Rent due for the first partial month of the Lease Term, Resident shall be in default under this Lease. Lessor also may exercise any and all rights and remedies under this Lease, at law and in equity including, without limitation, immediate termination of Resident's right of occupancy.

**11    Disclosure of Information:**   If desired by Lessor or if requested of Lessor, Lessor may provide information on Resident or Occupant or on Resident's rental history to a third party for law-enforcement, governmental or Lessor's business purposes. If such information is

requested by or on behalf of Resident, Lessor may charge Resident an administrative service fee for complying with such request.

**12    Right to Enter:**   Subject to notice requirements imposed by applicable law, Resident consents to Lessor entering the Premises during reasonable hours for any inspections, maintenance, repairs and pest control procedures which Lessor deems necessary in its sole discretion and for delivering notices to confirm compliance with this Lease and for other purposes as provided by law. Subject to applicable law, Lessor also has the right to enter the Premises at any time in the event of an emergency or to abate a nuisance. If it is necessary to require Resident to temporarily vacate the Premises for the purpose of extermination of bugs or wood-infesting organisms or for any other reason, Resident agrees to do so upon at least seven (7) days notice, and Resident agrees not to hold Lessor liable for any of Resident's costs, expenses or inconvenience, provided however that Lessor shall abate the Total Monthly Rent for the period of time (if longer than one (1) day) during which Resident will be required to vacate the Premises.

**13    Responsibility for Guests/Invitees:**   Resident shall be fully responsible for all acts and omissions of any Occupant, guest, invitee or other person on the Premises or the Community with the permission of Resident, as if said acts or omissions were that of the Resident.

**14    Liens or Sales by Lessor:**   This Lease is subject and subordinate to all present or future ground or underlying leases, mortgages or deeds of trust affecting the Premises and the Community and entered into by Lessor. Resident hereby appoints Lessor as attorney-in-fact to execute and deliver any and all necessary documents to evidence such subordination. Foreclosure of any mortgage or any sale under a deed of all or any portion of the Community shall not constitute a constructive eviction of Resident and Resident agrees to attorn to the purchaser at such foreclosure or sale as if this Lease was by and between Resident, as tenant, and such purchaser, as landlord. Upon any such foreclosure or sale, Lessor shall be released from all obligations hereunder accruing from and after the date of such foreclosure or sale and Resident shall look solely to the then owner of the Community for the performance of the duties of "Lessor" hereunder including the return of the Total Deposits as long as Lessor has assigned such Total Deposits to such purchaser along with such other information as to the then owner of the Community as may be required by law.

**15    Security:**   Resident acknowledges and agrees that protection against criminal action is not within Lessor's power, that Lessor does not provide (and does not have a duty to provide) any security protection services, security lighting or any other security measures at the Community, that Lessor has no obligation to conduct criminal background checks on actual or potential residents or occupants, that Resident shall look solely to the public police for security protection and that Resident and Occupant are responsible for their own personal security. Lessor shall not be liable for failure to provide such security measures, for failure to conduct such criminal background checks or for criminal or wrongful actions by others against Resident, Occupant, Guests or others, including actions by others which cause damage to the property of Resident, Occupant or Guests.

**16    Patrol Services.**   If, from time to time, Lessor provides patrol services at the Community (but Lessor has no obligation to provide such services), such patrol services are only for Lessor's own purposes and shall not constitute a waiver of or in any manner modify the security provision set forth above. Lessor shall not be liable for failure to provide patrol services and Lessor may decrease or discontinue such patrol services at any time without notice to or consent of Resident.

**17    Limited Access Gates.**   If Lessor has installed limited access gates at the Community (but Lessor has no obligation to install such gates) such gates are only for Lessor's own purposes and shall not constitute a waiver of or in any manner modify the security disclaimer set forth above. Resident agrees not to act in any way which may impair the use or function of such gates. Resident acknowledges and agrees that such gates are mechanical devices and can be rendered inoperative at any time and that Lessor shall not be liable for failed operations of the limited access gates. Lessor may remove such gates at any time, without notice to or consent of Resident.

© Equity Residential 2003. All Rights Reserved.

18.   Criminal Activity: Resident, Occupant, any of their Guests or any other person under the Resident's control shall not (i) engage in any criminal activity of any kind including without limitation, drug related criminal activity, as described below, prostitution or criminal street gang activity, on or near the Community or otherwise ("Criminal Activity") (ii) engage in any act intended to facilitate Criminal Activity (iii) use or permit the Premises to be used for or to facilitate Criminal Activity; or (iv) engage in any acts of violence or intimidation or any threats of violence, verbal or otherwise, including but not limited to, the discharge or brandishing of firearms or other weapons, on or near the Community or otherwise. "Drug related criminal activity" means (i) the use of or (ii) the manufacture, sale, distribution, dispensation or possession with intent to manufacture, sell, distribute, or dispense marijuana or any other Controlled or Counterfeit Substance as such terms are defined in the Controlled Substances Act (21 U.S.C. 802), or state law as amended from time to time. One or more violations of the provisions of this paragraph shall be a material violation of the Lease and good cause for the immediate termination of tenancy and eviction from the Premises. It is understood and agreed that a single violation shall be cause for immediate termination of the Lease. Unless otherwise provided by law, proof of violation shall not require criminal conviction, but shall be by preponderance of the evidence and upon Lessor's reasonable suspicion, at Lessor's sole discretion.

19.   Use and Occupancy. The Apartment is to be occupied and used solely as a private residential household. Unless specifically required to be permitted by law, conducting any kind of business (including child care services) in the Premises or in the Community is prohibited, provided however, that any lawful business conducted "at home" by computer, mail or telephone is permissible if customers, clients, patients or other business associates do not come to the Premises for business purposes and any business that is required to be permitted by law must be conducted in accordance with applicable laws. Occupation of the Apartment is subject to applicable occupancy standards identified by Lessor. Only those Residents and Occupants identified on the Term Sheet and subject to applicable occupancy standards identified by Lessor, children born or adopted during the Lease Term, may occupy the Apartment without Lessor's prior written consent. In the event the Apartment is occupied by any other person(s) for more than seven (7) days, consecutive or otherwise, in any one (1) month, Lessor shall have the right to terminate this Lease by written notice or may elect to deem such person(s) to be an occupant subject to written approval by the Lessor which approval Lessor may withhold in its absolute discretion. Lessor reserves the right to require any such person(s) to (i) complete an application which shall be subject to Lessor's approval and which approval Lessor may withhold in its absolute discretion and (ii) pay Lessor's application fee in effect at the time of execution of such application. If Lessor consents to the occupancy of the Apartment by such other person(s) Resident and such additional person(s) must enter into a new lease for the Premises prior to the occupancy by such additional person(s). If Resident will be absent for more than fourteen (14) consecutive days, Resident must notify Lessor in writing.

20.   Assignment or Subletting by Resident: Resident may not assign this Lease or sublet all or any portion of the Premises without the prior written consent of Lessor. Notwithstanding any permitted assignment, subletting or replacement, Resident shall at all times remain fully responsible and liable for the payment of the Rent herein specified and the performance of all of Resident's other obligations under the terms and provisions of this Lease.

21.   Pets/Animals: Lessor has approved the keeping by Resident of the pet(s) or animal(s) identified on the Term Sheet, if any, and Resident has agreed to pay the Rent, and Other Fees and Charges attributable to pets and animals and identified on the Term Sheet. Resident agrees to keep all such pets and animals currently licensed and tagged with all inoculations required by a government authority. Resident may not keep any other pets or animals (including mammals, reptiles, birds, fish, rodents and insects) even temporarily, in or about the Premises or the Community unless approved in writing by Lessor which approval may be withheld in Lessor's absolute discretion. If subsequently approved by Lessor, then Resident and Lessor must enter into either an amendment to this Lease or a separate pet agreement for such pet or animal and, in any event, if required by Lessor, Resident must also pay a one-time pet privilege fee, post a pet

or animal deposit (which will thereafter be included in the Total Deposit) and begin paying the monthly pet rent charged by Lessor (which will thereafter be included in the Total Monthly Rent). Any pet(s) and animal(s) approved by Lessor must be kept inside the Apartment at all times except when on a leash and accompanied by Resident and under Resident's control. Any damage, including personal injury, caused by Resident's pet or animal to the Premises, the Community, persons or the property of others is Resident's responsibility. If, in Lessor's sole discretion, the pet or animal becomes annoying, bothersome or in any way a nuisance or threat to other residents or occupants or to the Community's operation, then upon notice from Lessor, Resident agrees to remove the pet or animal from the Premises and the Community. If Resident, Occupant or any Guest violates pet or animal restrictions included in this Lease or in the Community policies, rules or regulations (with or without Residents or Occupant's knowledge), Resident will be subject to charges, damages, eviction and other remedies provided in this Lease, at law or in equity. If a pet or animal has been in the Premises at any time during the Lease Term (with or without Lessor's consent and with or without Resident's knowledge) Lessor reserves the right to, in addition to other rights and remedies provided herein, charge Resident for defraying deodorizing and shampooing the Premises as necessary in Lessor's sole discretion.

22.   Repair and Maintenance.   Resident acknowledges that Resident has carefully inspected the Premises, finds the Premises to be in a clean, rentable, undamaged condition (except as otherwise agreed by Resident and Lessor in writing pursuant to a move-in checklist or other written document), is fully satisfied with the Premises and accepts the Premises in its "as is" condition. Resident is responsible for all tenant obligations as established by applicable law including, but not limited to, the removal of trash and garbage from the Premises to the appropriate collection point and maintaining the Premises in a clean, sanitary, safe and undamaged condition, normal wear and tear excepted. Air conditioning and heating equipment where and when provided by Lessor will be maintained by Lessor although Resident must pay for any repair required due to Resident's misuse or neglect. Resident must not obstruct or place any personal property in front of any air conditioning or heating equipment or vents. Resident must use plumbing fixtures and facilities, electrical systems and other mechanical systems and appliances in the manner designed. Any damage to the Premises or other areas of the Community caused by Resident, Occupant or any of their Guests will be corrected, repaired, or replaced at Resident's expense. Resident must immediately notify Lessor in writing of any needed maintenance or repair.

23.   Fair Housing Accommodations.   Lessor is dedicated to honoring Federal and state fair housing laws. Accommodations will be permitted and made in accordance with and as required under such fair housing laws. Prior to the making of any such accommodations, Resident and Lessor shall enter into a modification agreement to govern the approval and implementation of such accommodations as well as restoration obligations, if any.

24.   Decorations/Alterations: Resident may not (i) decorate (other than the hanging of pictures which shall be done with care) or make alterations or other additions to the Premises; or (ii) install or maintain in the Premises or any part of the Community premises any fixtures, major appliances, devices, or signs, without, in each case, Lessor's prior written consent. Any decorations, alterations, additions or fixtures which are made or installed after Resident has received Lessor's prior written consent shall be made or installed at Resident's expense, in accordance with Lessor's standards and specifications and will remain a part of the Premises unless Lessor specifically agrees or directs otherwise or unless otherwise required by law. Any decorations, alterations, additions or fixtures which are made or installed without Lessor's prior written consent will be removed, corrected, repaired or replaced at Resident's expense.

25.   Locks. Resident shall not change door locks or add new locks without, in each instance first obtaining the prior written consent of Lessor and with the consent to such locks shall be installed by Lessor or by a third party approved by Lessor, at Resident's expense and Resident must immediately deliver a key for each such lock to Lessor at the Management Office. Damage to locks by Resident will be

repaired and/or replaced by or on behalf of Lessor at Resident's expense.

26   Parking: Resident is hereby authorized to use that Number of Parking Space(s) identified on the Term Sheet. Lessor may, in its sole discretion, assign and reassign parking spaces or areas for residents and guests of the Community. If Lessor does not assign Resident a parking space, parking shall be on a first come basis and the number of parking spaces may be limited by Lessor at any time and from time to time. Lessor may terminate Resident's use of any and all parking space(s) as well as terminate the Lease if Resident, Occupant or any of their Guests violate any of the following provisions: (i) Subject to item (iv) below, Resident shall use each parking space only for parking a passenger vehicle: (ii) Passenger vehicles will be parked only in areas that are designated for parking and shall not be parked in a parking space assigned to another resident; (iii) Resident shall not use any parking space or parking area for storage of any kind. (iv) Resident shall not use any parking space or parking area for recreational vehicles, boats, trailers or similar non-passenger vehicles, unless Lessor has designated a parking area for such non-passenger vehicles, in which case such non-passenger vehicles may only be parked in such designated area; (v) No vehicle may be parked on the grass in front of dumpsters in any other area not appropriately marked for vehicle parking or unless the legally required handicap insignia is displayed in a marked handicap space; (vi) Resident shall not use any parking space to park a vehicle which is inoperable, leaks fluid onto the pavement, is unsightly, is a safety hazard or has an expired license plate; (vii) Resident shall not use any parking space or parking area to wash or repair vehicles, to change oil in vehicles or for any other purpose other than parking; and (viii) Vehicles parked at the Community must be parked "head in" only and show current registration as well as the parking sticker, if any, required by Lessor. Resident agrees that Resident's use of any parking space or parking area shall be at the sole risk of Resident. Subject to local law, inoperable abandoned or unauthorized vehicles in any parking space or parking area will be towed away at the vehicle owner's expense after a 24-hour notice is posted on the vehicle, provided, however, that vehicles parked in a space assigned to another resident: parked in a marked handicapped space (unless the legally required handicapped insignia is displayed): tow-away zone or fire lane, or parked to impede traffic or trash collection may be towed away immediately without warning at the vehicle owner's expense. Resident agrees to hold Lessor harmless and indemnify Lessor if such towing is required for the vehicle of Resident, Occupant or their Guests.

27   Storage: Resident shall not store any goods or materials of any kind or description in any storage space if such goods or materials are combustible or would increase the risk of fire or damage to the Premises or the Community. Resident will be responsible at Resident's sole cost and expense, for providing a padlock for any storage space used by Resident. Any item stored by Resident in any storage space shall be stored at Resident's risk and Lessor shall not be responsible for any loss or damage thereto by fire, theft, water or otherwise.

28   Satellite Dishes: Resident shall not install a satellite dish in, on or about the Premises or the Community unless Resident complies with applicable regulations and the terms contained in the Resident Handbook.

29   Smoke Detectors: Resident acknowledges that each smoke detector in the Premises is operating properly at the time of move-in (except as otherwise agreed by Resident and Lessor in writing pursuant to a move-in checklist or other written document.) During the Lease Term, Resident shall test each smoke detector in the Premises monthly using the test button. Resident shall immediately replace dead or low batteries at Resident's expense, unless the law provides otherwise. Resident must immediately report smoke detector malfunctions or deficiencies to Lessor. Neither Resident nor others may disable any smoke detector in the Premises.

30   Keys, Access Cards and Remotes. Resident acknowledges receipt of at least the number of keys, Access Cards and Remotes identified on the Term Sheet. If any key, access card or remote issued by Lessor to Resident, including without limitation, those identified on the Term Sheet, are lost, damaged or stolen, Resident must immediately notify the Management Office. Resident will be charged a

reasonable fee for the replacement of each damaged, lost or stolen key, access card or remote. If all of such keys, access cards and remotes are not surrendered to Lessor on or before the termination of Resident's occupancy under this Lease, Resident will be charged a reasonable fee or a reasonable amount will be deducted from the Total Deposit in accordance with applicable law.

31.   a.   Mold and Mildew:   Resident acknowledges that it is necessary for Resident to provide appropriate climate control to keep the Apartment clean, and take other measures to retard and prevent mold and mildew from accumulating in the Apartment. Resident agrees to clean and dust the Apartment on a regular basis and to remove visible moisture accumulation on windows, walls and other surfaces as soon as reasonably possible. Resident agrees to immediately report to the management office: (i) any evidence of a water leak or excessive moisture in the Apartment as well as in any storage room, garage or other common area; (ii) any evidence of mold- or mildew-like growth that cannot be removed by simply applying a common household cleaner and wiping the area; (iii) any failure or malfunction in the heating, ventilation or air conditioning systems in the Apartment; and (iv) any inoperable doors or windows. Resident further agrees that Resident shall be responsible for damage to the Premises and Resident's property as well as injury to Resident and Occupants resulting from Resident's failure to comply with the terms of this Paragraph.

31.   b.   Freezing Pipes: Resident acknowledges that in cold weather conditions it is necessary for Resident to provide appropriate climate control and take other measures to avoid freezing pipes in the Apartment. Resident agrees to maintain a temperature in the Apartment of at least 50 degrees Fahrenheit at all times. During freezing weather (i.e., when the outdoor temperature falls below 32 degrees Fahrenheit) Resident agrees to keep sink cabinet doors open and to leave hot and cold water faucets dripping when requested by the Management Office. Resident agrees to immediately report to the management office any evidence of a water leak or excessive moisture in the Apartment, as well as in any storage room, garage or other common area and any failure or malfunction in the heating system in the Apartment. Resident further agrees that Resident shall be responsible for damage to the Premises and Resident's property as well as injury to Resident and Occupants resulting from Resident's failure to comply with the terms of this Paragraph.

32   Packages: Unless Resident notifies Lessor otherwise in writing, Resident authorizes Lessor to accept, but Lessor has no obligation to so accept, packages on behalf of Resident and Occupant on the terms set forth in this paragraph. Once the delivery company has notified Resident that it has delivered a package for Resident to the Management Office, Resident must pick-up such package within two (2) business days. If the package is not picked up within this time period, Lessor may charge Resident a reasonable storage fee. Resident assumes all risks associated with authorizing Lessor to accept packages on Resident's behalf and agrees that Lessor shall not be responsible for lost, misplaced, stolen or damaged packages accepted by Lessor on behalf of Resident or Occupant.

33.   Community Policies and Rules: Resident, Occupant and their Guests shall comply with all policies and rules now or hereafter promulgated or posted by Lessor for the Community, including without limitation, the printed policies and rules set forth in the resident handbook, the Community policies established by Lessor and the rules posted in the common areas of the Community, all of which are incorporated herein by reference (collectively, the "Community Policies") Resident agrees that any violation of any of the Community Policies shall constitute a default under this Lease.

34   Use of Amenities and Recreational Facilities: Resident agrees (i) that only Resident, Occupant and Guests may use the recreational facilities and amenities located in the Community including without limitation, the community center, laundry facilities swimming pools, tanning beds, spas, tennis courts, fitness centers and exercise equipment, if any (collectively "Facilities"); (ii) to abide and to comply with the rules and regulations (posted or otherwise, as the same may be amended by Lessor from time to time) for the use of the Facilities; (iii) to avoid and to cause each Occupant and Guest to avoid, conduct which Lessor in its reasonable business judgment deems inappropriate or disruptive and

(iv) that, in the event of a default under this paragraph by Resident or any Occupant or Guest, Lessor may suspend or revoke Resident's or any Occupant's or Guest's use of any or all of the Facilities and such a default shall constitute a default under the Lease. Resident, on his/her own behalf and, to the extent permitted by law and in equity, on behalf of each of Occupant and Guest, hereby assumes all health risks and all risks of personal injury, death, property loss or other damages (and releases Lessor from liability therefor) which may result from or arise out of attendance at or use of the Facilities by Resident, Occupant or Guests, as the case may be.

35    Additional Resident Covenants.  Neither Resident nor his Occupants or Guests shall make or suffer any unlawful, noisy or otherwise offensive use of the Premises or the Community, nor commit or permit any nuisance to exist thereon, nor cause damage to the Premises or Community, nor create any substantial interference with the rights, comfort, safety or enjoyment of Lessor or other residents or occupants of the Premises or any other apartment at the Community. Additionally, Resident shall, and shall cause all Occupants and any Guests to: (i) exercise reasonable care in the use of the Premises and maintain the Premises in a clean, safe and undamaged condition reasonable wear and tear excepted; (ii) comply with federal, state and local laws, regulations, statutes and ordinances which are applicable to the Premises and (iii) not have a water bed or other water-filled furniture without first obtaining written permission from Lessor which permission Lessor may withhold in its discretion and, if granted or if required by law to be granted, which permission Lessor may place conditions on in accordance with applicable law. Outdoor barbecuing is allowed only in areas designated by Lessor. Resident will not barbecue on the porch, terrace or balcony of the Apartment, nor will Resident barbecue anywhere there is an overhang or within 10 feet of a building.

36.   Non-Performance or Default by Resident and Remedies of Lessor. Subject to but without limiting the rights and remedies available to Lessor under applicable law, if Resident fails to pay Rent as required in this Lease or if Resident, Occupant, or any of their Guests, fails to comply with any term, condition, obligation or agreement in this Lease or the Community Policies, or if the representations contained in Resident's lease application are incorrect, misleading or untrue, then Lessor may, but has no obligation to exercise any and all of Lessor's rights under this Lease at law or in equity, including without limitation, giving Resident notice to correct such breach or taking immediate action to terminate the Lease and effect Resident's removal from the Premises in accordance with applicable law. If Lessor elects to give such notice to correct and such violation is not corrected by Resident in accordance with applicable law, this Lease may be terminated and Lessor may effect Resident's removal from the Premises as provided by applicable law. If this Lease is terminated as a result of Resident's non-performance or default, Lessor may accelerate the Rent due for the remaining Lease Term in accordance with, and subject to, state law and the Early Termination paragraph below.  If, after Lessor notifies, or attempts to notify, Resident Resident fails to pay any unpaid Rent, charges and/or damages Lessor may report such unpaid amounts to the local credit bureau for recordation in Resident's credit record.  If the Lease is terminated as a result of Resident's non-performance or default, Lessor's acceptance of the keys, access cards or remotes, if any, or possession of the Premises shall be on Resident's account and shall not be deemed a rescission of this Lease.

37    Lease Term Expiration - Notice to Vacate/Renewal.  In order to terminate this Lease upon the Expiration Date of the Lease Term identified on the Term Sheet, either party must provide the other party with prior written notice of termination or intent to vacate (for any reason or no reason) ("Notice to Vacate") in accordance with the Lease Term Expiration provision set forth on the Term Sheet.  In the event that either party provides the other party with a Notice to Vacate as required under this paragraph, Resident agrees to vacate the Premises on or before the Expiration Date of the Lease Term and further agrees that all Rent and other obligations under this Lease shall continue until the Expiration Date of the Lease Term.  Unless either party provides the other party with such advance Notice to Vacate, this Lease will not terminate upon the Expiration Date of the Lease Term but will automatically remain in effect (and the Lease Term will automatically renew) on a month-to-month basis subject to all of the terms and conditions contained in this Lease.     Except for month-to-month

automatic renewals described above, all other renewals or extensions of this Lease must be by written agreement signed by both Resident and Lessor.  If this Lease converts to a month to month tenancy Lessor may require Resident to enter into a new lease for a specific length of time (greater than one month but less than thirteen (13) months).

38.   Month-to-Month Tenancy:  During any month-to-month tenancy and upon thirty (30) days prior written notice to Resident, Resident shall pay to Lessor each month the month-to-month fee then being charged by Lessor for month-to-month tenancies in addition to, and at the same time and in the same manner as, the payment of Total Monthly Rent and such month-to-month fee shall be considered Additional Rent. During any month-to-month tenancy any and all components of Rent may be increased by Lessor at any time and from time to time upon thirty (30) days prior written notice to Resident.  If and when this Lease converts to a month-to-month tenancy either party may terminate the month-to-month tenancy (for any reason or no reason) by giving the other party a Notice to Vacate at least thirty (30) days prior to the end of any month-to-month term.  In the event that either party provides the other party with a Notice to Vacate as required under this paragraph, Resident agrees to vacate the Premises on or before and all Rent and other obligations under this Lease shall continue until the termination date set forth in such Notice to Vacate.  During any month-to-month tenancy, in the event that Resident vacates the Premises without giving Lessor a Notice to Vacate as required under this paragraph, Resident agrees that all Rent and other obligations under this Lease shall continue through the end of the month-to-month term following the month-to-month term during which Resident vacates the Premises.

39    Early Termination.  If Resident's Term Sheet allows Resident the option to terminate this Lease prior to the Expiration Date, then this paragraph will apply.  If Resident's Term Sheet does not allow Resident the option to terminate this Lease prior to the Expiration Date this paragraph will not apply.  Subject to the Month-to-Month Tenancy paragraph above, if applicable, Resident may terminate this Lease prior to the Expiration Date of the Lease Term if and only if all of the following conditions are met:  (i) Resident gives Lessor a Notice to Vacate in accordance with the Early Termination provision of the Term Sheet (ii) Resident is not in default under this Lease either on the date of such Notice to Vacate or on the Early Termination Date (iii) unless otherwise expressly agreed to in writing by Lessor, such Notice to Vacate must be accompanied by a payment of the fees identified in the Early Termination provision of the Term Sheet (iv) Resident shall fulfill all covenants and obligations under this Lease including without limitation the payment of Rent applicable to the period prior to and including the Early Termination Date (v) Resident must repay any lease concession identified on the Term Sheet (vi) Resident shall completely vacate and surrender the Premises and the Community on or before the Early Termination Date in accordance with the terms of this Lease and (vii) Resident shall obtain final utility bills and pay all outstanding charges for utility services up to and including the Early Termination Date.  If all of the foregoing conditions are met (unless such condition is waived by Lessor in writing) this Lease shall be terminated and cancelled as of the Early Termination Date. Termination of the Lease pursuant to this paragraph will only release Resident from any further Rent obligations after the Early Termination Date.  Lessor shall retain all remedies for other non-compliance with the Lease and Resident shall remain liable for any and all damage to the Premises or the Community resulting from such non-compliance.

If Resident vacates the Premises (voluntarily at the request of Lessor as the result of a default under the Lease, as the result of an eviction or forcible detainer proceeding or otherwise) prior to the Expiration Date of the Lease Term and if Resident has not complied with all of the provisions of the foregoing provisions, then at Lessor's option, either (Option 1) Resident is liable to pay all Rent and other fees and charges that shall continue until the Premises is rerented or the Lease Term expires whichever is sooner and Resident shall also pay Lessor all lawful expenses and damages resulting from such early termination including, but not limited to costs incurred by Lessor or its agents in re-renting the Premises such as advertising, redecorating, cleaning and preparing the Premises for renting or (Option 2) Resident shall be liable for all Rent and other fees and charges payable through and including the date on which Resident actually vacates the Premises for all fees identified in the Early Termination provision on

the Term Sheet; and for an Insufficient Notice Fee (as defined below). If Option 2 above is selected, payment of such fees will only release Resident from any further rental obligations. With either option, Lessor shall retain all remedies for non-compliance with the Lease and Resident shall remain liable for any and all damage to the Premises or the Community resulting from such non-compliance as well as for any outstanding charges for utilities to be paid by Resident under the terms of this Lease and the repayment of any lease concession identified on the Term Sheet. The "Insufficient Notice Fee" shall be an amount equal to the Daily Rental Rate multiplied by the difference between (a) the number of days of advance notice required in the Early Termination provision of the Term Sheet less (b) the number of days of advance notice actually given by Resident to Lessor in advance of the day on which Resident actually vacated the Premises, if any.

Resident acknowledges that early termination of this Lease by Resident will cause Lessor to incur costs not contemplated by this Lease, the exact amount of such costs being extremely difficult and impracticable to fix. Such costs include without limitation, the expenses of re-renting identified above and lost rental income. The parties agree that any fees charged as a result of Resident's early termination of this Lease represent a fair and reasonable estimate of the costs that Lessor will incur by reason of such early termination. Resident acknowledges that the terms of this Early Termination paragraph have been discussed and agreed to prior to the Resident's execution of this Lease.

**40    Military Clause**  If Resident becomes an active duty member of the United States Armed Forces during the Lease Term, Resident may terminate the Lease, without penalty, in accordance with the following terms and conditions: (i) Resident must deliver to Lessor a copy of Resident's official orders; (ii) Resident must deliver to Lessor at least thirty (30) days prior written Notice to Vacate; (iii) the termination date stated in the Notice to Vacate must be the last day of the next month following the month in which the Notice to Vacate is delivered; (iv) all unpaid Rent, if any, must be paid through the effective date of such termination; and (v) Resident must make satisfactory arrangements with Lessor to pay all costs incurred by Lessor to repair the damages referred to below, if any.  In the event Resident is an active duty member of the United States Armed Forces at the time this Lease is signed, Resident may terminate the Lease, without penalty, in accordance with the following terms and conditions: (i) Resident must deliver to Lessor a copy of the official permanent change-of-station orders to permanently depart the local area to a military base which is more than fifty (50) miles from the main gate of the military base to which Resident was assigned as of the Effective Date; (ii) Resident must deliver to Lessor at least thirty (30) days prior written Notice to Vacate; (iii) the termination date stated in the Notice to Vacate must be the last day of the next month following the month in which the Notice to Vacate is delivered; (iv) all unpaid Rent, if any, must be paid through the effective day of such termination; (v) Resident must repay any lease concession; and (vi) Resident must make satisfactory arrangements with Lessor to pay all costs incurred by Lessor to repair the damages referred to below, if any.  In either event, upon completion of the above terms and conditions, Resident's obligations and responsibilities under the Lease shall then be deemed fulfilled. A transfer due to deployment (unless Resident no longer receives quarters allowance), separation, retirement or enlistment, term expiration and/or a move to base housing does not constitute a permanent change-of-station order. After Resident has vacated the Premises, Resident is entitled to the return of Resident's Total Deposits, less lawful deductions for damages to the Premises, reasonable wear and tear excepted. The release of a Resident under this paragraph will not release any other Resident, unless such other Resident is the spouse or legal dependent of the Resident receiving permanent change-of-station orders.

**41    Attorneys Fees**  To the maximum extent permitted by law, Resident shall pay, as Additional Rent, all attorney's fees, court costs and other fees and costs including, without limitation, collection costs reasonably incurred by Lessor in connection with the enforcement of all or any portion of this Lease even if Rent is accepted by Lessor and even if a lawsuit is not actually filed.

**42    Termination**  Upon termination of the Lease and the Lease Term, Resident agrees to deliver to Lessor at the Management Office all keys, access cards and remotes previously issued by Lessor to

Resident, to vacate the Premises and the Community peaceably and to return possession of the Premises in a clean and undamaged condition, less reasonable wear and tear as determined by Lessor provided, however, that if damage to the Premises is shown on a move-in checklist or other written document agreed to in writing by Resident and Lessor at the time of move-in, Resident shall leave the Premises clean and in as good a condition as when received by Resident, less reasonable wear and tear as determined by Lessor. Notwithstanding anything to the contrary in this Lease, Resident agrees that if the Premises are not returned in such condition, Resident will be charged Lessor's cost to repair such damage and put the Premises in such condition. If either party gives the other party a Notice to Vacate, Resident grants Lessor the right to inspect and show the Premises to prospective residents without prior notice during normal business hours during the last thirty (30) days of Resident's tenancy.

**43    Abandoned Property**  Resident agrees that if any of Resident's property is left in the Premises or on the Community premises after Resident vacates the Premises or is put in any unauthorized area, it shall be deemed abandoned and Lessor may remove or dispose of that property in accordance with applicable laws and Resident waives any claims for damages against Lessor with respect thereto.

**44    Holding Over**  If Resident fails to vacate the Premises and the Community on or before the termination of this Lease and the Lease Term pursuant to the terms of this Lease, Resident's continued occupancy shall be deemed a tenancy of sufferance and Resident shall pay for the period of holdover a sum equal to two (2) times the Daily Rental Rate (as defined below) for the Premises or if controlled by law the maximum sum as provided for by applicable law. This "Daily Rental Rate" for the Premises shall be calculated by dividing the Total Monthly Rent by the number of days in the applicable month. Lessor may elect to treat the tenancy as not terminated unless and until all of Resident's personal property has been removed from the Premises and the Community and all keys, access cards and remotes previously issued to Resident by Lessor returned to Lessor at the Management Office. Any and all such payments shall be accepted for use and occupancy only and shall not create a new tenancy or otherwise entitle Resident to remain in possession.

**45    Return of Security Deposit**  After Resident vacates the Premises and the Community, the Total Deposits identified on the Term Sheet will be reconciled and returned to Resident in accordance with applicable law.  The condition of the Premises at the time of vacating shall be inspected by an authorized representative of Lessor who has the final authority to determine how much of the Total Deposits shall be refunded in accordance with the conditions set forth in this Lease. Unless otherwise required by law, if Resident makes prior arrangements with Lessor through the management office a walk through may be requested at the time Resident vacates the Premises. If no prior arrangements are made by Resident, an authorized representative will walk the Premises within 48 hours of the date on which Resident vacates the Premises.  The amount of the Total Deposit returned to Resident in accordance with the provisions of this Lease may be reduced by unpaid Rent as well as amounts necessary to put the Premises in the condition required by the terms of this Lease.  No portion of the Total Deposit may be used by Lessor to offset or cover any such charges until such time as Resident has completely vacated the Premises and keys and access cards and remotes (if any) previously issued to Resident, Occupant or their Guests or otherwise have been turned in to the Management Office. The Total Deposit (or any portion of it remaining after any deductions by Lessor in accordance with the terms of this Lease) will be returned in one (1) check payable to all Residents (unless all Residents have authorized in writing that Lessor may return such deposit in one (1) check payable to less than all Residents) and mailed to the forwarding address provided by Resident, or if no forwarding address is not provided, to the Premises.

**46    Notices**  Any notices from Lessor to Resident shall be deemed delivered when deposited with the U.S. Postal Service addressed to the Apartment Address identified on the Term Sheet, first class postage prepaid, when sent certified mail addressed to the Apartment Address, postage prepaid and return receipt requested, personally handed to Resident or anyone in the Apartment, or left at the Apartment in Resident's absence attached to the outside of the door or

in a manner allowed by applicable law. Any notice from Resident to Lessor shall be deemed delivered when deposited with the U.S. Postal Service, addressed to the Management Office, certified mail, return receipt requested or personally delivered to an employee of Lessor at the Management Office during normal business hours. The person designated as the on-site manager for the Community is the person authorized to act on behalf of the Lessor in connection with this Lease. Lessor is agent for the owner of the Community and service of process can be made through Lessor's statutory Registered Agent for Service.

47. **Liability.** Except to the extent prohibited by applicable law, Lessor shall not be liable for any damage, loss or injury to persons or property occurring in or on the Premises or in or on the other areas of the Community. Resident, with respect to Resident, Occupant or any of their Guests, agrees to save and hold Lessor harmless and indemnify Lessor from any liability or claim to the full extent permitted by law.

48. **Resident Insurance.** Lessor strongly recommends that Resident secure property insurance covering the contents of the Premises and personal liability insurance covering Resident's actions. Lessor reserves the right to require Resident to maintain, at Resident's sole expense, during the Term of the Lease and any subsequent renewal periods, a policy of personal liability insurance issued by a licensed insurance company of Resident's selection, which provides limits of liability in an amount not less than $50,000 per occurrence. If the Renters' Insurance box on the Term Sheet is checked, then Resident is required to maintain such insurance immediately upon the Commencement Date of the Lease Term, and Resident shall furnish proof of such insurance to Lessor on or before the Commencement Date. If Resident does not currently require Resident to maintain such insurance, Lessor reserves the right to impose such requirement upon 30 days notice to Resident. On or before the commencement date identified in any notice from Lessor imposing this requirement, Resident shall obtain the required insurance and provide proof of such insurance to Lessor. If Resident fails to obtain and maintain such insurance, Resident's failure shall constitute a material breach of this Lease.

49. **Limitation of Lessor's Liability.** To the maximum extent permitted by applicable law, Resident specifically agrees to look solely to the interest of the owner of the Community's interest in the Community for the recovery of any judgment against Lessor, it being agreed that Lessor and any of its related and affiliated entities (and any of its past, present or future officers, directors, trustees, employees, partners, shareholders, insurers, agents and representatives) shall never be personally liable for such judgment.

50. **Fire and Casualty.** If the Premises is unable to be occupied by Resident, as determined by Lessor in its sole discretion, due to fire, explosion or other reason, Lessor may, at its option, either terminate this Lease or repair the Premises. If Lessor elects to repair the Premises and if the damage is not due to Resident's negligence or intentional conduct, the Rent on the damaged Premises shall be abated and prorated from the date on which the Premises became unable to be occupied to the date on which Resident may reoccupy the Premises, as determined by Lessor in its sole discretion. If the damage is due to Resident's negligence or intentional conduct, the Rent shall not be so abated or prorated and Resident shall be liable to Lessor or Lessor's agent for all damage caused by such negligent or intentional conduct. If Lessor elects to repair the Premises, Lessor may (but has no obligation to) provide suitable substitute accommodations within the Community at a mutually agreed upon rental rate, which occupancy shall be permitted as a licensee only and shall terminate upon written notice from Lessor. If Lessor provides such substitute accommodations, then, once Resident may reoccupy the Premises, as determined by Lessor in its sole discretion, Resident shall immediately vacate the substitute accommodations and reoccupy the Premises. If Lessor does not elect to repair the Premises or if the building in which the Apartment is located is substantially (as determined by Lessor in its sole discretion) or totally destroyed, this Lease shall terminate without payment.

51. **Waivers.** Lessor's failure to insist upon strict compliance with the terms of this Lease or Lessor's delay in demanding any amounts due under this Lease shall not constitute a waiver of its right to act on any current or future violation of this Lease or make any current or

future demand of amounts due under this Lease. Resident's obligation to pay Rent during the Lease Term shall not be waived, released or terminated by the service to Resident of any notice, demand for possession, notice of termination of tenancy, institution of any action or forcible detainer, or any other act which might result in termination of Resident's right of possession. Unless otherwise restricted by applicable law, Lessor's acceptance of Rent after it fails due or after knowledge of a breach of this Lease by Resident is not a waiver of Lessor's rights under this Lease nor an election not to proceed under any provision of this Lease or the law. Lessor's rights and remedies under this Lease are cumulative and the use of one or more remedies shall not exclude or waive Lessor's right to other remedies.

52. **Severability.** If any clause or provision of this Lease is illegal, invalid or unenforceable under present or future laws, statutes, ordinances or regulations effective during the Lease Term, then in lieu of each such clause or provision there shall be added as a part of this Lease a clause or provision similar in terms which shall make such clause or provision legal, valid and enforceable. If possible or such clause or provision shall be ineffective to the extent of such illegality, invalidity or unenforceability only. In any case, the remainder of the Lease shall not be affected.

53. [Intentionally omitted]

54. **Laws Governing This Lease.** This Lease shall be construed in accordance with the laws of the jurisdiction in which the Community is located, and all legal action arising from this Lease shall be tried in the county where said Community is located.

55. **Written Agreement.** This Lease contains the entire agreement between the parties and shall not be changed, modified or discharged in whole or in part except by an agreement in writing signed by an authorized representative of Lessor and by each Resident. There are no oral understandings, terms or conditions and neither party has relied upon any representations, express or implied, not contained in this Lease.

56. **Joint and Several Liability.** Each Resident is jointly and severally liable for each provision of this Lease.

57. **General.** Each Resident states that he or she is of legal age to enter into a binding Lease for lodging. Time is of the essence with respect to this Lease.

58. **Additional State-Specific Requirements and Disclosures**

a. **Non-performance or Breach by Resident.** If Resident fails to comply with any term, condition, covenant, obligation or agreement expressed herein or implied hereunder, or if Resident shall be declared bankrupt or insolvent according to law, or if any assignment of Resident's property shall be made for the benefit of creditors, or if the Premises appear to be abandoned then, notwithstanding any license or waiver of any prior breach of any kind of the said terms, conditions, covenants, obligations, or agreements, the Lessor without necessity or requirement of making any entry, may (subject to the Resident's rights under applicable law) terminate this Lease by (i) a thirty (30) day written notice to Resident to vacate the Premises in case of any breach except only a breach for non-payment of rent, or (ii) a fourteen (14) day written notice to Resident to vacate the Premises upon the neglect or refusal of Resident to pay Rent as herein provided. Any termination under this paragraph shall be without prejudice to any remedies which might otherwise be available to Lessor for arrears of Rent or preceding the breach of any of the said terms, conditions, covenants, obligations or agreements.

b. **Copy of Lease.** Resident acknowledges receipt of a fully executed copy of this Lease duly executed by Lessor or its authorized agent.

c. **Additional Disclosures Regarding Security Deposit and Last Months Rent.** The Total Deposit shown on the Term Sheet, including any security deposit or last month's rent paid in advance by Resident as shown hereon, shall be deposited in a separate account for Resident's benefit in the following bank:

Fleet Bank
100 Federal Street

© Equity Residential 2003. All Rights Reserved.

National Lease Form (01/01/03)

Mail Code: MADE10017F
Boston, Massachusetts 02110
Account Number 9398799692

Pursuant to applicable law, this Lease shall constitute a receipt to Resident with respect to the Total Deposit paid by Resident. Pursuant to applicable law, if the security deposit is held for one year or longer from the Commencement Date, Resident shall be entitled to interest on the amount of the security deposit at the rate of five percent (5%) per year, or such lesser amount as Lessor may receive, payable at the end of each year of tenancy. If Lessor accepted last month's rent in advance from Resident, then Resident is entitled to interest on such amount, payable at the end of each year of tenancy and prorated upon termination of the Lease at the rate of five percent (5%) per year, or such lesser amount as Lessor may receive. Resident must provide Lessor with a forwarding address at the termination of the tenancy, indicating where such interest may be given or sent.

© Equity Residential 2003  All Rights Reserved

National Lease Form (03/31/03)





# EQUITY RESIDENTIAL PROPERTIES
# RESIDENT HANDBOOK AND COMMUNITY POLICIES

## YOUR MANAGEMENT TEAM IS ON THE JOB
### We Are Here to Serve
There's a lot to be said for apartment living. Nothing else comes close to the convenience – and the lifestyle. Our management and maintenance team members are here to serve you. If you have a request for service or need information please call or visit us. Regular office hours are listed in your newsletter and at the office. Should a serious maintenance problem arise when the office is closed, our answering service and/or voice mail system will take your message and direct you to the appropriate contact.

### Rent
Rent must be received at your community's on-site management office and is due on or before the first of every month. Rent received after the first of the month is considered late, and a late fee may be charged according to the terms of your lease.

You can place your payment in the designated rent payment drop box at the management office, if one is provided at your community. Please be sure your name and apartment number are on all checks. (We do not accept cash.) If your check is returned by the bank, we will consider your rent unpaid. Late charges, as well as a service charge, will be added to your account as provided in your lease. If one or more of your checks are returned, you must pay future rent payments by cashier's check or money order.

## THE COMMUNITY
### Common Areas
We're working hard every day to make your community a pleasant place to live. You can help by keeping clutter off your balcony, patio and breezeway. Be sure not to obstruct any common areas, and collect all your personal belongings when you leave the pool or other common areas. Refrain from littering (including disposing of cigarette butts) in the common areas of the community.

Call us for written approval prior to your making any changes to the exterior appearance of your apartment home. The installation of any appliance, antenna, or other equipment is strictly prohibited. You may have the right to install a satellite dish, subject to management's approval and subject to applicable law and community policies, including those policies set forth in this Handbook.

Please notify the office if any exterior light bulbs need replacing.

### Community Consideration
If you've lived in an apartment before, you understand how important it is to be considerate of your neighbors. One of the easiest things you can do to help avoid disturbing your neighbors is to remember to keep your stereo and television volume low. If you have friends over, please avoid loud voices and noise — day and night. You are responsible for your guests' behavior.

### Flyers
Distribution of advertising, informational or any other flyer, door-to-door, on cars or anywhere else at the Community, is strictly prohibited.

### Parking
To better accommodate our residents, we've implemented a few rules concerning parking. First, register your vehicle with the office. If you get a new vehicle, please let us know. If you have a boat, camper, or trailer, register them with us, and we'll let you know if they are allowed and/or show you where to park them. (Specific property restrictions may apply.)

Please keep your vehicle registered, licensed and in good operating condition. Vehicles not meeting those requirements may be considered abandoned and towed away at your expense and responsibility without notice.

If you wish to perform minor repairs on your vehicle on the premises, please check with the office first. Vehicles may be washed in designated areas only.

All vehicles must follow all parking and speed policies. Unless designated as reserved, parking for general use by residents is on a first come, first served basis. Fire regulations prohibit parking a motorcycle anywhere but in the parking lot, so please do not park it on the walkways, on your patio, or under the stairwells. Consult the office for other special parking regulations. Some areas are posted as no-parking zones. If you park in one of these areas or in a fire lane, your car may be towed away at your expense without notice.

Under certain circumstances, it may become necessary for us to move your vehicle. We will attempt to provide you with advance notice of such requirements. However, we cannot guarantee that such advance notice will be possible in all cases. If we are required to move your vehicle, a professional towing company will be employed to do so.

### Vehicle Theft and Vandalism Precautions
Please consider these simple tips when parking your vehicle. Always lock your vehicle. Never leave the keys in an unattended vehicle and do not hide a set of keys inside or outside of your vehicle. Do not affix your name and address to your keys. Do not leave valuables in plain sight. Do not keep your vehicle registration and title documentation inside the vehicle. If possible, etch the vehicle identification number on the window or elsewhere on the vehicle.

### Garages
If you have the right to use a garage, covered parking or other parking space, you agree that such space will not be used for storage of any kind, but, rather, such space will be used for parking of your passenger vehicle only.

### Recreational Non-Motorized Vehicles
Unless otherwise permitted in designated areas of your community, the use of any recreational wheeled or non-wheeled vehicle intended and designed to be propelled by feet such as bicycles, skateboards, roller blades, snowboards or scooters is strictly prohibited.

### Laundry Facilities
For your convenience, we have laundry facilities within many of our communities. To ensure the washers and dryers are working when you need them, please follow the posted operating instructions carefully and treat the machines with care. If any of the laundry machines are not working properly, please let us know immediately and we will call for service.

A few additional tips. Do not put plastic items in the dryer, clean the lint screen prior to use, and refrain from overloading the washing machine or dryer. Trash receptacles are provided for your convenience. We suggest that you do not leave your clothes unattended. We are not responsible for loss of or damage to personal items and clothing.

### Dogs, Cats, and Other Pets
If your Community allows pets, you must abide by the Community's pet policies. Please check with the management office to see which pets are allowed and which pets are prohibited. If you decide to acquire a pet after you move in, contact us beforehand to make arrangements, pay required fees, and sign appropriate lease documentation. Your Community may require that you provide a photograph of your pet. Pet weight and breed may be subject to written verification from a licensed veterinarian.

For everyone's convenience, we have designated areas where you may walk your pet. Your pet must be on a leash and within posted areas anytime your pet is outside. Please comply with any local Sanitation and Health Department ordinance that prohibits pets of any kind in the pool area. Pet owners are responsible for disposing of their pets' waste.

Residents will not be permitted to have a dog that is (i) a pit bull (ii) a rottweiler or (iii) any dog that management believes, in its sole discretion, is a cross breed of or related to either a pit bull or rottweiler. For purposes of example only, some of the breeds that are related to pit bulls or rottweilers (and therefore are prohibited) include, but are not limited to, American Staffordshire terriers, Staffordshire bull terriers

© Equity Residential 2003. All Rights Reserved.

bull terriers and American bulldogs. In the event of a disagreement between you and management in regard to the breed management has the right to require that you provide written evidence from a licensed veterinarian of the American Kennel Club certifying that the breed and/or cross breed is not related to pit bulls or rottweilers. This policy will also apply to dogs described above belonging to your guests who may be visiting the property or staying with you even on a short-term or temporary basis of any length of time.

Fish tanks shall not exceed 40 gallons and must be properly supported.

Your community may have a policy that is more restrictive than set forth above including but not limited to a "No Pet" policy.

### Recreational Facilities

We hope you will enjoy our recreational facilities. Because we need to consider the enjoyment of all our residents, we must reserve the right to deny the privilege of use to anyone, at our sole discretion, for violation of any rules or policies. It may also be necessary to occasionally close facilities for maintenance.

### Communities with Pools

Limit your guests to no more than two at a time and accompany them to the pool. Visitors not accompanied by a resident will be asked to leave to ensure that our pools are reserved for use by our residents and their guests. Glass containers and food are not allowed in the pool area. Please help keep the pool area clean by using the provided trash containers. Proper pool attire is required. Bathing suits and swim trunks must be appropriate. Cut-off jeans, T-shirts and diapers are not allowed. Additional pool policies and hours are posted by each pool.

Use the facilities at your own risk. For safety reasons, do not swim alone.

### Trash Removal

Trash dumpsters are located around the community for your convenience. If one is full, please use another. Place all trash in the dumpster, not on top of it or around it and flatten any boxes you take to the dumpster. Use of these dumpsters for anything other than normal household waste is prohibited. Combustible items present a fire hazard and should be disposed of according to safe handling instructions located on product packaging. Mattresses, furniture and other large items should not be placed in the dumpsters. Contact the management office for assistance in disposing of large items.

Do not store any trash on your porch, balcony or hallway.

## YOUR APARTMENT

### Access

No one other than our maintenance or management staff, agents, and/or contractors will be admitted by us into your apartment without your prior written permission. Office personnel are instructed not to release your apartment number or telephone number so please provide your guests with this information.

If you wish us to admit service or delivery people into your apartment when you are away, you must give us written permission in advance. Keep in mind that our staff members will not leave the office to accompany such people to your apartment.

### Emergencies

If you ever encounter an emergency situation day or night, always call 911 or other professional emergency personnel first. Then, if possible, notify the office.

### Keys and Locks

We supply each resident with an apartment key and a mailbox key. We can make extra keys or provide replacements for you at a nominal cost. All keys are to be returned to the office when you vacate your apartment. Changing or altering any lock is prohibited without our express written permission.

Please lock all doors, windows and other openings such as sliding glass doors at all times. If you happen to find yourself on the wrong side of your locked door, you may call the office for help. Depending

on the services provided at your community after hours, you may need to call a locksmith. If the community offers after hours lock-out service, there may be a charge for this service.

### While You Are Away

You may consider these few simple tips before leaving on a vacation or other trip. A growing pile of newspapers and an overflowing mailbox may indicate that you are absent. It is a good idea to cancel your newspaper and notify the post office to hold your mail while you are away. Check your cupboards for unwrapped food and empty your garbage. Close and lock all windows and doors. Check your coffee maker, toaster, and other countertop appliances to ensure they are unplugged or off.

If a rent payment will come due while you are away, please leave a check at the office before you go or make other arrangements to ensure timely payment.

### Resident Insurance

Our insurance does not cover damage to your personal possessions including your vehicle(s). Rather, you are responsible for your own personal property and for any loss or damage. We strongly recommend that you obtain renter's insurance covering the contents of your apartment and personal liability insurance covering your actions. You may or may not be required by management to secure such insurance (please refer to your lease agreement).

We recommend that you prepare a detailed list of your valuables and small appliances, including pertinent information such as descriptions or serial numbers, and that you keep the list separate from other valuable papers. Consider permanently inscribing your name and social security number on your stereo, television, and other personal property.

### Fire Prevention

We urge you to make a regular inspection of your apartment for potential fire hazards and take the following precautions to help eliminate fire hazards. Immediately replace worn or frayed cords, plugs or wiring (or have them repaired by a qualified electrician). Rearrange lights and other fixtures or appliances so that extension cords are not needed and avoid overloading outlets with too many appliances or plugs. Avoid smoking in bed and do not empty ashtrays into wastebaskets. Extinguish barbeque fires completely. Never leave burning candles unattended. Do not leave food cooking on the stove or in the oven unattended. Never throw water on a grease fire rather, pour baking soda or salt into the pan to extinguish the fire. Do not store any goods or materials in any storage space if such goods or materials are combustible or would increase the risk of fire or damage to your apartment or the community.

Keep the fire department telephone number near your phone. In case of a fire, call the fire department or 911 first and then, once you are safe, call the office as soon as possible.

Please note the location of fire extinguishers around your community. Your apartment may be equipped with one or more smoke detectors. You should test each smoke detector on a monthly basis and immediately replace dead or low batteries, at your expense. If the detector is battery operated, you will hear warning beeps when the battery needs replacing. If your smoke detector is electrically operated, there is a red light to let you know it is operating properly. Please call the office immediately to report smoke detector malfunctions or deficiencies.

### Roommates

Everyone who lives in your apartment must be named on your lease. If you wish to acquire a roommate after moving in, check with the office first.

### Walls

Please do not use sticker-type hangers, since the adhesive is difficult to remove from the wall. We prefer you to use the standard nail type of hangers. If you have questions about items, nails are hard to install, to hang, please call the office. Mirror tiles, contact paper, wallpaper and other wall coverings with adhesive backing are not permitted.

© Equity Residential 2003. All Rights Reserved.

without our prior written consent   If you wish to change existing wallpaper, please contact the office first for written approval

**Windows**
Your apartment may have drapes, mini-blinds, and/or vertical blinds the day you move in  Before raising or lowering your mini-blinds, be sure the slats are in the open position   You can raise the blind by moving the pull cord to the center and pulling, lower the blind by moving the cord to the outer side and allowing the blinds to drop

If you have vertical blinds, the louvers are opened or closed with the chain at the end of the vertical   The pull cord opens or closes the louvers across the window  Please be sure the louvers are in the open position when opening or closing the blinds

If you wish to install your own window coverings of any kind, you must first obtain written consent from the office and return the property's window coverings in the manner specified by the office

All drapes, shades and other window coverings must have a white backing  This provides a standard appearance from the outside  Signs in windows are not permitted

Should the drapes ever become wet from the rain, please report this to the office  We may be able to have them cleaned for a nominal charge to you

**Floors**
The care and maintenance of the carpet is your responsibility  The carpet should be vacuumed frequently   If you have spots on your carpet, call the office first before attempting to remove them, and we will suggest the best method  Tile floors should be cleaned with mild soap and water

**Cabinets, Doors and Woodwork**
Cabinetry and woodwork can be cleaned with mild soap and warm water  Paneled accent walls, if any, should be cleaned and polished using products specifically formulated for use on paneling

**Lights**
All light sockets should have working bulbs when you move in.  It is your responsibility to replace them as needed

**Balconies, Patios, Breezeways, Entries, and Stairways**
Please sweep and maintain your balcony, patio, and entrance.  Keep them free of mops, rugs, towels and other items and do not hang flags or other items on them.  Fire regulations require that entries and stairways be kept clear at all times.   Do not use these areas for storage  Keep bikes, strollers, etc. out of these areas

If you wish to cook outdoors, please do so only in the specified areas of your community.  Please contact the office prior to using a grill other than those provided by the community.

Do not hang or shake articles from the windows, doors, porches, or balconies and do not place anything on exterior window sills

**Satellite Dishes**
Management will allow the installation of one (1) satellite dish  If you wish to install a satellite dish in your apartment, you must comply with the following rules and restrictions

The satellite dish may not exceed one (1) meter (approximately 3.3 feet) in diameter   The dish may only be placed on your patio or balcony or inside your apartment, and may not be, under any circumstances, installed on or affixed, attached or clamped to any exterior building walls or roofs, or any windows  patio or on any railings or posts  In addition, a dish that is placed on a balcony or inside the apartment may not protrude outside a window or over a railing of any kind, even on a temporary basis  Dishes may not be placed in any common area of the community  No holes of any kind are permitted to be drilled in any exterior walls, window frames or balcony railings without our prior written consent  If we consent, such holes may only be drilled by management personnel, and we reserve the right to charge a reasonable fee for this service  Ways to feed the wire into the apartment from outside without drilling holes include a flat

cable under a doorjamb or windowsill, or a magnetic or suction device attached to a window   Splicing of existing wires (including cable, electrical, telephone or other utility wires) or otherwise tampering with or tapping into existing cable, electrical, telephone or other utility systems will not be permitted under any circumstances

The dish signal may not in any way interfere with any cable or other utility or communications systems, whether now or in the future located at the community or in the apartment, and, if it does, we reserve the right to require that the dish be removed upon notice to you  We also reserve the right to require that the dish be removed upon notice if we comply with Section 207 of the Telecommunications Act of 1996 and its related rules, regulations and interpretations regarding a central antenna for the community  Management reserves the right, but is not obligated, to inspect the installation upon completion and at any time in the future during the term of your Lease, and reserves the right to require any modifications and/or maintenance deemed necessary, in management's sole discretion and at your cost  Notwithstanding the foregoing, you shall be solely responsible for ensuring that the dish is properly and safely installed in compliance with all applicable laws and for maintaining the dish   You acknowledge and agree that our inspection and/or required modifications of the dish installation shall not render us liable or responsible for the same

**Pest Control Services**
If your community provides pest control services  you may contact the office for a schedule of such services

**Water Beds**
Subject to laws in your area, if you wish to move a waterbed or other water filled furniture into the apartment, you must first obtain written permission from us and provide proof of insurance

**Countertops**
Wipe up any spills promptly to avoid stains and use hot pads to protect the kitchen counter surfaces  To avoid damage, do not cut items with a sharp knife directly on your countertops

Countertops, sinks, vanities  toilet bowls  bathtubs and bathtub enclosure walls should be cleaned using a liquid or spray cleaner  Abrasive powder cleaners can scratch and otherwise damage such surfaces and should be avoided

**Plumbing**
If your water is not hot, please report it to the office immediately  Likewise, if any of your pipes or faucets begin to leak or if your toilet tank is continually running, call us and we will repair it  Please call the office for service if the caulked areas around your bathtub and tiles become cracked, broken, or chipped

The sewer system should handle all normal drainage  Items that will cause damage and should never be flushed include  paper towels, disposable diapers, sanitary napkins, tampons  and other like items  Should your toilet overflow, immediately turn off the water supply to the tank by turning the handle located under the tank   If the water supply cannot be turned off  lift the cover off the tank, reach inside the tank and push the flapper firmly into the hole on the bottom of the tank  Then call the office for service

**Keeping Your Cool ...and Keeping Warm**
Most apartments are controlled by an individual central thermostat.  To assure comfort and conserve energy, set the thermostat at one temperature and leave it there

To keep your air conditioning and heating equipment working at peak performance, follow these simple guidelines  Keep air conditioner filters clean  We will replace or clean your filters as required  Do not obstruct or place any personal property in front of any air conditioning or heating equipment or vents  This could impair circulation, result in higher electric bills and cause permanent damage to the unit

In communities with air conditioning:
In hot weather, set the selector switch to "COOL" and set the fan switch to "AUTO"   Set the controls between 74 and 78 degrees Fahrenheit to provide maximum cooling  Setting them lower will not cool your apartment any faster  Your air conditioner will only function

© Equity Residential 2003  All Rights Reserved

efficiently when all doors and windows are closed. Also, keep window coverings closed during the day to keep your apartment cooler.

## For all communities:

When it turns cold outside set the selector switch to "HEAT" and set the fan switch to "AUTO." Set the controls between 68 and 74 degrees Fahrenheit to provide maximum heating. Setting them higher will not heat your apartment any quicker. In the winter, open your window coverings during the day to allow the sun to warm your apartment and help reduce the power load.

Do not switch your thermostat directly from COOL to HEAT or from HEAT to COOL. This will cause permanent damage to your unit and could result in a charge to you for repair and/or replacement.

Refer to your lease agreement and other community policies regarding other proper climate control guidelines and policies.

## Tips for Preventing Mold and Mildew

It is our goal to maintain the highest quality living environment for our residents. To help achieve this goal, it is important to work together to minimize mold and mildew build up in your apartment. You can help minimize mold and mildew growth in your apartment by taking the following actions. Open windows frequently when the weather is dry to allow an exchange of air and permit the introduction of sunlight throughout your apartment. It may help if you run the fan on your furnace to circulate fresh air throughout your apartment during these times. In damp or rainy weather conditions, keep windows and doors closed. If possible, maintain a temperature of between 50 and 80 degrees Fahrenheit within your apartment at all times. Clean and dust your apartment on a regular basis as required by your lease. Regular vacuuming, mopping and use of environmentally safe household cleaners are important to remove household dirt and debris that mold feeds on. Periodically clean and dry the walls and floors around the sink, bathtub, shower, toilets, windows and patio doors using a common household disinfecting cleaner. On a regular basis, wipe down and dry areas where moisture sometimes accumulates, like countertops, windows and windowsills. Use any pre-installed bathroom fan when bathing or showering and allow the fan to run until all excess moisture has vented from the bathroom. Use the exhaust fans in your kitchen when cooking or while the dishwasher is running and allow the fan to run until all excess moisture has vented from the kitchen. Limit houseplants to a reasonable number to keep the moisture level in your apartment at a minimum. Ensure that your clothes dryer vent is properly connected and clean the lint screen after every use. When washing clothes in warm or hot water, watch to make sure condensation does not build up within the washer and dryer closet; if condensation does accumulate, dry with a fan or towel. If you live in a humid climate, the use of a personal dehumidifier will help regulate humidity levels in your apartment and create a more comfortable environment. Thoroughly dry any spills on carpeting. Do not overfill closets or storage areas. Do not allow damp or moist stacks of clothes or other cloth materials to lay in piles for an extended period of time.

Immediately report to the management office any evidence of a water leak or excessive moisture in your apartment, storage room, garage, or any common area. Immediately report to the management office any evidence of mold or mildew-like growth that cannot be removed by simply applying a common household cleaner and wiping the area. Also report any area of mold or mildew that reappears despite regular cleaning. Immediately report to the management office any failure or malfunction with your heating, ventilation or air-conditioning system. As your lease provides, do not block or cover any of the heating, ventilation or air-conditioning ducts in your apartment. Immediately report to the management office any inoperable windows or doors. Immediately report to the management office any musty odors that you notice in your apartment.

## APPLIANCES

Never leave appliances that are in use unattended. If any of the appliances in your apartment stop working, we will fix them for you. However, before you call the office, first check the circuit breaker to see if it is tripped and then check the electrical cord to assure it is firmly plugged into the outlet. If these appear in order, then call or visit the office to report your service request.

## The Disposal

A garbage disposal is a convenient appliance if used properly. Do not overload it. The safety overload on the motor will engage if the disposal is overloaded and it will turn off the disposal. To reset the safety overload wait three or four minutes for the motor to cool. Then push the button on the bottom of the motor in the cabinet under the sink.

Keep your hands and any other objects out of the disposal when it is running. For best operation, follow these steps: Push, but do not stuff food refuse through the splash guard into the disposal. A mixed load of hard and soft waste works best. Turn cold water on to full flow. Flip starting switch "on." Allow disposal to operate until grinding sound diminishes and becomes a humming sound. Turn switch off and run cold water for a few moments longer.

Do not discard the following items in your disposal: metal, string, coffee grounds, olive or fruit pits, plastic, grease, paper, cigarettes, bones, banana peels, oyster or clam shells, dish rags, celery, corn husks, or other nonfood items. If a spoon, bottle cap or other item becomes lodged in the disposal, make sure the disposal is turned off before you attempt to retrieve the object.

The disposal is self-cleaning. Do not use caustic drain cleaners at any time. A lemon or orange rind or baking soda will keep the disposal odor-free.

## The Oven and the Range

Your range is equipped with separate controls for the oven, broiler and each of the top burners. If you have never used an electric range before, please let us know. We will be happy to instruct you in its proper use.

Clean the top burner pans regularly with mild soap and water, appliance or glass cleaner, or line them with aluminum foil. If you use aluminum foil, be sure the foil does not touch the heating element. If your burner pans become spotted with grease or burned-on food, use a scouring pad to clean them. Pans can be lifted out of the range by raising the burner if they are in need of a more thorough cleaning.

Clean your oven regularly. A dirty oven and broiler area greatly reduces the efficiency of your oven and may result in foods being improperly cooked. Using the broiler tray will greatly reduce the cleaning and maintenance needed in the oven. Use a good oven cleaner and follow directions. Wear rubber gloves and make sure the cleaner does not come in contact with your skin, the floor, countertop or any other surface. Never use any sharp instruments to clean the oven. If aluminum foil is used on the floor of your oven under the baking unit, be sure the foil does not touch the heating unit or receptacle. If you have a self-cleaning oven, follow the cleaning instructions enclosed with the range.

Remove hood filters regularly and clean them in hot soapy water. Clean the outside with a non-abrasive appliance or glass cleaner.

## The Refrigerator

The temperature control dial may be set at whatever position best suits your needs. If your refrigerator is not frost-free, please consult the office for defrosting instructions. Clean the outside of your refrigerator with appliance or glass cleaner and wipe down the shelves and interior surfaces regularly. Keep the inside fresh smelling by placing an open box of baking soda in it and changing it monthly.

Clean the outside of your refrigerator with appliance or glass cleaner. Abrasive cleaning powders and metal sponges should be avoided. Wipe down the shelves and interior surfaces using mild soap and water or a solution of 1 tablespoon baking soda to 1 quart of water. Regular cleaning and a fresh open box of baking soda on a shelf and changed monthly will keep your refrigerator odor-free.

## The Dishwasher

Because the disposal unit is not connected to the dishwasher, food particles left on dishes will jam the dishwasher. Please scrape and rinse every dish under running water before loading it in the dishwasher. So the water can freely circulate, do not crowd dishes.

© Equity Residential 2003. All Rights Reserved.