# Commonwealth of Massachusetts

## The Superior Court

CIVIL DOCKET# BRCV2004-00879-A

RE: **Caldwell et al v Grove Operating, Limited Partnership et al**

TO: Rachel Manzo, Esquire
Dailey & Associates (Richard C)
353 West Center Street
PO Box 517
West Bridgewater, MA 02379

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 11/09/2004 |
| Response to the complaint filed (also see MRCP 12) | 01/08/2005 |
| All motions under MRCP 12, 19, and 20 filed | 01/08/2005 |
| All motions under MRCP 15 filed | 01/08/2005 |
| All discovery requests and depositions completed | 06/07/2005 |
| All motions under MRCP 56 served and heard | 07/07/2005 |
| Final pre-trial conference held and firm trial date set | 08/06/2005 |
| Case disposed | 10/05/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session A sitting in **CtRm 1 (Fall River) at Bristol Superior Court.**

Dated: 08/11/2004

Marc J. Santos
Clerk of the Courts

BY: Peter R. Andrade/Philip F. Leddy
Assistant Clerk

Location: CtRm 1 (Fall River)
Telephone: (508) 672-4464

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

cvdtracf_2.wpd 410614 inidoc01 aguiarka