## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: _____

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL, Plaintiffs<br><br>v.<br><br>GROVE OPERATING, LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL Defendant | STATEMENT OF DAMAGES |

The Plaintiffs, Benjamin Caldwell and Meredith Caldwell, individually and parents and next friend of Christopher Caldwell, assert that the money sought by means of the Complaint amount to For One Hundred Fifty-Seven Thousand, Six Hundred Fifty-Four Dollars and Twenty-Eight Cents ($157,654.28) plus interest, costs and reasonable attorneys fees. Plaintiff also asserts that it is entitled to treble damages from Defendant under General Laws Chapters 186 and 93A which would bring the amount due to Four Hundred Seventy-Two Thousand, Nine Hundred Sixty-Two Dollars and Eighty-Four Cents ($472,962.84) plus, interest, costs, and reasonable attorneys fees.

Dated: August 10, 2004

Respectfully submitted,
BENJAMIN CALDWELL and
MEREDITH CALDWELL
By the attorney,

_____
Rachel Manzo (BBO# 65831)
Dailey & Associates, P.A.
353 West Center Street
Post Office Box 517
West Bridgewater, MA  02739
508 588-4800