**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
Case Summary
Civil Docket

## BRCV2004-00879
### Caldwell et al v Grove Operating, Limited Partnership et al

| | | | |
|---|---|---|---|
| **File Date** | 08/11/2004 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 09/17/2004 | **Session** | A - CtRm 1 - (Fall River) |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro |
| **Lead Case** | | **Track** | F |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 11/09/2004 | **Answer** | 01/08/2005 | **Rule12/19/20** | 01/08/2005 |
| **Rule 15** | 01/08/2005 | **Discovery** | 06/07/2005 | **Rule 56** | 07/07/2005 |
| **Final PTC** | 08/06/2005 | **Disposition** | 10/05/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Benjamin Caldwell
22-2 Meadow Lane
Bridgewater, MA 02324
Active 08/11/2004

**Private Counsel 658311**
Rachel Manzo
Dailey & Associates (Richard C)
353 West Center Street
PO Box 517
West Bridgewater, MA 02379
Phone: 508-588-4800
Fax: 508-588-2067
Active 08/11/2004 Notify

**Plaintiff**
Meredith Caldwell
22-2 Meadow Lane
Bridgewater, MA 02324
Active 08/11/2004

*** See Attorney Information Above ***

**Plaintiff**
Christopher Caldwell, ppa
Active 08/11/2004

*** See Attorney Information Above ***

**Defendant**
Grove Operating, Limited Partnership
598 Asylum Avenue
Hartford, CT 06101
Service pending 08/11/2004

**Private Counsel 115000**
Allen N David
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00879
### Caldwell et al v Grove Operating, Limited Partnership et al

Private Counsel 645981
Elizabeth A Houlding
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Defendant**
Equity Residential Properties Management Corp.
2 North Riverside Plaza
Suite 400
Chicago, IL 60606
Service pending 08/11/2004

Private Counsel 115000
Allen N David
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

Private Counsel 645981
Elizabeth A Houlding
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Defendant**
Equity Residential Properties Management Corp. II
2 North Riverside Plaza
Suite 400
Chicago, IL 60606
Service pending 08/11/2004

Private Counsel 115000
Allen N David
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

Private Counsel 645981
Elizabeth A Houlding
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## BRCV2004-00879
### Caldwell et al v Grove Operating, Limited Partnership et al

**Defendant**
Equity Residential Properties Management Limited Partnership
2 North Riverside Plaza
Suite 400
Chicago, IL 60606
Service pending 08/11/2004

**Private Counsel 115000**
Allen N David
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Private Counsel 645981**
Elizabeth A Houlding
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Defendant**
Samuel Zell, Trustee of Equity Residential
2 North Riverside Plaza
Suite 400
Chicago, IL 60606
Service pending 08/11/2004

**Private Counsel 115000**
Allen N David
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Private Counsel 645981**
Elizabeth A Houlding
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Defendant**
Equity Residential
CT Corporation System
101 Federal Street
Boston, MA 02110
Service pending 08/11/2004

**Private Counsel 115000**
Allen N David
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00879
### Caldwell et al v Grove Operating, Limited Partnership et al

**Private Counsel 645981**
Elizabeth A Houlding
Peabody & Arnold
30 Rowes Wharf
7th Floor
Boston, MA 02110-3339
Phone: 617-951-2100
Fax: 617-951-2125
Active 09/13/2004 Notify

**Other interested party**
FILE COPY
Active 08/11/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/11/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 08/11/2004 | | Origin 1, Type B04, Track F. |
| 08/11/2004 | | Notice of 93A complaint sent to Attorney General |
| 09/13/2004 | 2.0 | Notice for Removal to the United States District Court filed by Grove Operating, Limited Partnership, Equity Residential Properties Management Corp., Equity Residential Properties Management Corp. II, Equity Residential Properties Management Limited Partnership, Samuel Zell, Trustee of Equity Residential, and Equity Residential |
| 09/17/2004 | | Case REMOVED this date to US District Court of Massachusetts with (04-11950MLW) endorsement thereon |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 08/11/2004 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

*[signature]*
Asst. Clerk of Courts

case01 213269 y y y y y