UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL,<br><br>Plaintiffs<br><br>v.<br><br>GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL.<br><br>Defendants | Civil Action No. 04-11950-MLW |

## STIPULATION REGARDING EXTENSION OF TIME IN WHICH TO ANSWER

The parties to this action hereby stipulate and agree that the defendants Grove Operating

Limited Partnership, Equity Residential Properties Management Corp., Equity Residential

Properties Management Corp. II, Equity Residential Properties Management Limited

Partnership, Samuel Zell as Trustee of Equity Residential, and Equity Residential may have until

the end of business on Friday, October 1, 2004 to answer or otherwise respond to the Complaint.

Respectfully submitted,

Plaintiffs,                                                          Defendants,

BENJAMIN CALDWELL and MEREDITH          GROVE OPERATING LIMITED
CALDWELL, individually and as parents and    PARTNERSHIP, EQUITY RESIDENTIAL
next friend of CHRISTOPHER CALDWELL      PROPERTIES MANAGEMENT CORP.,
                                                                   EQUITY RESIDENTIAL PROPERTIES
By their attorneys,                                        MANAGEMENT CORP. II, EQUITY
                                                                   RESIDENTIAL PROPERTIES
                                                                   MANAGEMENT LIMITED PARTNERSHIP,
                                                                   SAMUEL ZELL as Trustee of EQUITY
                                                                   RESIDENTIAL, and EQUITY
                                                                   RESIDENTIAL

_Rachel Manzo (EAH)_

Rachel Manzo (BBO #65831)                       By their attorneys,
Dailey & Associates, P.A.
353 West Center Street
Post Office Box 517
West Bridgewater, MA 02739                     _E/A/Houlding_
(508) 588-4800
                                                                   Allen N. David (BBO #115000)
                                                                   Elizabeth A. Houlding (BBO #645981)
                                                                   PEABODY & ARNOLD LLP
                                                                   30 Rowes Wharf
                                                                   Boston, MA 02110
                                                                   (617) 951-2100

PABOS2:EHOULDI:597347_1
13187-90883

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS
SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY
OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON
Sept. 17, 2004.

_E/Houlding_
Signature

2