# DAILEY & ASSOCIATES
PROFESSIONAL ASSOCIATION OF ATTORNEYS AT LAW

RICHARD C. DAILEY
JOSEPH A. ENRIQUEZ
AMY L. HANSON*
RACHEL M. MANZO
CANDICE J. MCKENNA-IMLACH**
JAMES F. ROGERS II

OF COUNSEL
CAROLYN D. CARPENTIER



353 WEST CENTER STREET
POST OFFICE BOX 517
WEST BRIDGEWATER, MA 02379
TELEPHONE (508) 588-4800
FACSIMILE (508) 588-2067
WWW.DAILEYLAW.COM

* ALSO ADMITTED IN NH
** ALSO ADMITTED IN CA

September 20, 2004

United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Attention: Civil Clerk's Office

Re:   Benjamin Caldwell et al
      v. Grove Operating Limited Partnership et al
      Civil Action No. 04-11950-MLW

Dear Civil Clerk:

Enclosed please find the Returns of Service in regard to the above-referenced case. Please file same.

Thank you for your kind attention to this matter.

Yours truly,

Rachel Manzo

RMM:mhl
Enclosures
cc: Clients

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                               SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                                          CIVIL ACTION

[SEAL]                                                           No.

Benjamin Caldwell and Meredith Caldwell,
Individually and as Parents and Next Friend
of Christopher Caldwell_____, Plaintiff (s)

v.

Grove Operating, Limited Partnership, Equity Residential Properties
Management Corp., Equity Residential Properties Management Corp. II,
Equity Residential Properties Management Limited___, Defendant(s)
Partnership, Samuel Zell as Trustee of Equity Residential, and
Equity Residential

(TO PLAINTIFF'S ATTORNEY : Rachel Manzo
PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT — ~~MOTOR VEHICLE TORT~~ — ~~CONTRACT~~ —
~~EQUITABLE RELIEF~~ — ~~OTHER~~.)

## SUMMONS

To the Above-Named Defendant:    Grove Operating, Limited Partnership

You are hereby summoned and required to serve upon ....Attorney Rachel....
....Manzo - Dailey & Associates.............................................................................
plaintiff's attorney, whose address is ...P.O. Box 517, West Bridgewater, MA 02379..;
an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at ....Taunton.................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the......11th..............day of......August..............., in the year of our Lord two thousand and ....four.........................

*[signature]* Mary J. Sarles, Esq.
Magistrate

**NOTES.**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

**NOTICE TO DEFENDANT** — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

2SC 24

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

Benjamin Caldwell and Meredith Caldwell Individually and as Parents and Next Friend of Christopher Caldwell
, Plaintiff(s)

v.

Grove Operating, Limited Partenership, et al
, Defendant(s)

SUMMONS
(Mass. R. CIV. P. 4)

, 20

N.B. TO PROCESS SERVER: —

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

Dated: ................................................, 20 .

..............................................................



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

August 18, 2004
I hereby certify and return that on 8/17/2004 at 10:15AM I served a true and attested copy of the Summons, Complaint and Statement of Damages, Tracking Order in this action in the following manner: To wit, by delivering in hand to A.Liberto,Process Clerk & agent in charge of CT Corp, for Grove Operating, Limited Partnership, at CT Corporation System, 101 Federal Street, Boston, MA 02110.
Basic Service Fee (IH) ($30.00), Travel ($17.92), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $53.92

Deputy Sheriff   John Cotter                                          *Deputy Sheriff*