Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                    SUPERIOR COURT DEPT. OF THE TRIAL COURT

                                                CIVIL ACTION

[SEAL]                                          No. 04-11950- MCW

Benjamin Caldwell and Meredith Caldwell,
Individually and as Parents and Next Friend
of Christopher Caldwell _____ , Plaintiff (s)

v.

Grove Operating , Limited Partnership , Equity Residential Properties
Management Corp., Equity Residential Properties Management Corp. II,
Equity Residential Properties Management Limited  , Defendant(s)
Partnership , Samuel Zell as Trustee of Equity Residential, and Equity Residential

(TO PLAINTIFF'S ATTORNEY :  Rachel Manzo
PLEASE INDICATE TYPE OF ACTION INVOLVED : —
TORT — ~~MOTOR VEHICLE TORT~~ — ~~CONTRACT~~ —
~~EQUITABLE RELIEF~~ — ~~OTHER~~.)

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:  Equity Residential Properties Management Corp.

You are hereby summoned and required to serve upon ................................................
            Attorney Rachel Manzo - Dailey & Associates
................................................................................................................
plaintiff's attorney, whose address is  P.O. Box 517, West Bridgewater, MA  02379  ;
an answer to the complaint which is herewith served upon you, within (20) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the office of the Clerk of this
Court at  Taunton  either before service upon plaintiff's attorney or within a
reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim
any claim which you may have against the plaintiff which arises out of the transaction or
occurrence that is the subject matter of the plaintiff's claim or you will thereafter be
barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial
Court, at Taunton, the  11th  day of  August , in the year
of our Lord two thousand and  four .

                                        _____, Esq.
                                           Magistrate

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24