# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CALDWELL, ET AL,

    Plaintiffs,

    v.

GROVE OPERATING
LIMITED PARTNERSHIP,

    Defendant.

CA. NO. 04-11950- MBB

## *NOTICE*

November 17, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:30 p.m., Wednesday, December 1, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**