UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL,<br>        Plaintiffs<br><br>v.<br><br>GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL.<br>        Defendants | Civil Action No. 04-11950-MBB |

**LOCAL RULE 16.1 JOINT STATEMENT OF PARTIES**

Pursuant to Local Rule 16.1 of the United State District Court for the District of Massachusetts, the parties to this action hereby submit the following joint statement.

1. **Proposed Pre-Trial Plan**

Counsel for the parties have conferred regarding a discovery schedule, and propose the following schedule for discovery and anticipated motions:

| Activity | Date |
|---|---|
| Federal R. Civ. P. 26(a) Disclosures | December 21, 2004 (within 21 days of December 1, 2004 status conference) |

| | |
|---|---|
| Written Discovery Completed | February 28, 2005 |
| Non-Expert Depositions Completed and Plaintiff's Expert Disclosures Completed | May 31, 2005 |
| Defendant's Expert Disclosures | June 30, 2005 |
| Expert Depositions Completed | August 15, 2005 |
| Summary Judgment Motions | Filed by September 30, 2005 |
| Opposition to Summary Judgment Motion | Filed within 21 days of service of Motion |
| Reply to Opposition | Filed within 14 days of service of Opposition |
| Surreply | Filed within 10 days of service of Reply |
| Pretrial Conference | At the Court's discretion |
| Trial | As the Court's calendar permits |

**2.   Certifications**

Counsel for the parties will file under separate cover the required certifications signed by counsel and authorized representatives of the parties regarding establishing a budget and alternative dispute resolution.

3. **<u>Magistrate</u>**

The parties have already assented to the assignment of this matter to a Magistrate Judge for all purposes, including trial.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Plaintiffs, | Defendants, |
| BENJAMIN CALDWELL, ET AL. | GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL |
| By their attorneys, | |
| **/s/ Joseph Enriquez (by EAH w/ permission)** | |
| _____ | By their attorneys, |
| Joseph Enriquez (BBO #559073) Rachel M. Manzo (BBO #65831)(admission to US District Court for District of Massachusetts pending) Dailey & Associates, P.A. 353 West Center Street P.O. Box 517 West Bridgewater, MA 02379 (508) 588-4800 | **/s/ Elizabeth A. Houlding** _____ Allen N. David (BBO #115000) Elizabeth A. Houlding (BBO #645981) PEABODY & ARNOLD LLP 30 Rowes Wharf Boston, MA 02110 (617) 951-2100 |

PABOS2:EHOULDI:602609_1
13187-90883