UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS


FILED
In Open Court
USDC, Mass
Date 12-2-04
By _____
Deputy Clerk

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL, <br> Plaintiffs <br><br> v. <br><br> GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL. <br> Defendants | Civil Action No. 04-11950-MLW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the above-captioned Plaintiffs, Benjamin Caldwell and Meredith Caldwell, and Joseph Enriquez, counsel for the Plaintiff, hereby certify that we have conferred with regard to establishing a budget for the costs of conducting the full course of litigation and various alternatives to litigation.   In addition, we certify that we have discussed resolution of this litigation through the use of alternative dispute resolution programs including those listed under Local Rule 16.4.

Dated: December 1, 2004

1

Respectfully submitted,

_____
Benjamin Caldwell, Plaintiff

_____
Meredith Caldwell, Plaintiff

_____
Joseph Enriquez
BBO# 559073
Rachel Manzo
BBO# 658311
DAILEY & ASSOCIATES
353 West Center Street
Post Office Box 517
West Bridgewater, MA  02379
(508) 588-4800

2