UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11950-MBB

BENJAMIN CALDWELL and MEREDITH
CALDWELL, individually and as parents and
next friend of CHRISTOPHER CALDWELL,
            Plaintiffs

v.

GROVE OPERATING LIMITED
PARTNERSHIP, EQUITY RESIDENTIAL
PROPERTIES MANAGEMENT CORP.,
EQUITY RESIDENTIAL PROPERTIES
MANAGEMENT CORP. II, EQUITY
RESIDENTIAL PROPERTIES
MANAGEMENT LIMITED PARTNERSHIP,
SAMUEL ZELL as Trustee of EQUITY
RESIDENTIAL, and EQUITY
RESIDENTIAL,
            Defendants

## LOCAL RULE 16.1 CERTIFICATION BY THE DEFENDANTS

The Defendants and their counsel hereby certify to this Court that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course,

and various alternative courses, of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in L.R. 16.4.

Defendants,

GROVE OPERATING LIMITED
PARTNERSHIP, EQUITY RESIDENTIAL
PROPERTIES MANAGEMENT CORP.,
EQUITY RESIDENTIAL PROPERTIES
MANAGEMENT CORP. II, EQUITY
RESIDENTIAL PROPERTIES
MANAGEMENT LIMITED PARTNERSHIP,
SAMUEL ZELL as Trustee of EQUITY
RESIDENTIAL, and EQUITY
RESIDENTIAL

By their attorneys,

Defendants
By:     Joel R. Davis, Esq.
        Associate Counsel
        Equity Residential

Allen N. David (BBO #115000)
Elizabeth A. Houlding (BBO #645981)
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE

I, Elizabeth A. Houlding, hereby certify that I have this __13th__ day of December, 2004

served a copy of the foregoing document by first class mail, postage prepaid upon Rachael

Manzo, Dailey & Associates, P.A., 353 West Center Street, P.O. Box 517, West Bridgewater,

MA  02739.

Elizabeth A. Houlding

603301_1
13187-90883

2