UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL,<br>Plaintiffs<br><br>v.<br><br>GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL,<br>Defendants | Civil Action No. 04-11950-MLW |

NOTICE OF SERVICE

Plaintiffs in the above-captioned matter hereby state that Plaintiffs' Initial Discovery Disclosures Pursuant to Fed. R. Civ. P. 26(a) were served upon the Defendants on this 21st day of December, 2004 by delivering said documents in hand to counsel for the Defendants, Elizabeth A. Houlding at 30 Rowes Wharf, Boston, MA 02110.

Respectfully submitted,

*/s/ Rachel Manzo*
Rachel Manzo (BBO# 658311)
DAILEY & ASSOCIATES
353 West Center Street
Post Office Box 517
West Bridgewater, MA 02379
(508) 588-4800