# DAILEY & ASSOCIATES

PROFESSIONAL ASSOCIATION OF ATTORNEYS AT LAW

RICHARD C. DAILEY
JOSEPH A. ENRIQUEZ
AMY L. HANSON*
JAMES F. ROGERS II
ANNE I. CHALMERS
MARK F. DAILEY**

FILED IN CLERK'S OFFICE
2005 FEB 24  P 2:00
U.S. DISTRICT COURT
DISTRICT OF MASS

353 WEST CENTER STREET
POST OFFICE BOX 517
WEST BRIDGEWATER, MA 02379
TELEPHONE (508) 588-4800
FACSIMILE (508) 588-2067
WWW.DAILEYLAW.COM

\* ALSO ADMITTED IN NH
\*\* ALSO ADMITTED IN DC

February 23, 2005

United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Attention: Civil Clerk's Office

Re:   *Benjamin Caldwell et al v. Grove Operating Limited Partnership et al*
      Civil Action No. 04-11950-MLW  MBB

Dear Civil Clerk:

Enclosed please find a Motion to Withdraw as an attorney for the Plaintiffs and a Notice of Service in regard to the above-referenced case. Please file same.

Please note my contact information after February 28, 2005 will be:

Rachel Manzo, Esquire
944B Main Street, Suite 6
Walpole, MA 02081
rmmanzo@rmanzo.law.com
Phone: (508) 668-1158
Fax: (508) 668-1455

Thank you for your kind attention to this matter.

Yours truly,

Rachel Manzo

RMM:mhl
Enclosures
cc: Elizabeth A. Houlding, Esquire
cc: Clients