UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 24  P 2: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL, Plaintiffs<br><br>v.<br><br>GROVE OPERATING, LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL Defendants | Civil Action No. 04-11950-MLW |

## MOTION TO WITHDRAW

**NOW COMES** Attorney Rachel Manzo, of the Law Office of Dailey & Associates, 353 West Center Street, West Bridgewater, Massachusetts, and requests that she be allowed to withdraw as counsel for the Plaintiffs Benjamin Caldwell and Meredith Caldwell, individually and as parents and next friend of Christopher Caldwell, now of at 22-2 Meadow Lane, Bridgewater, Massachusetts 02324.

**AS GROUNDS THEREFORE**, Attorney Rachel Manzo states that she will no longer be working at the Law Office of Dailey & Associates as of February 28, 2005. Attorney Joseph A. Enriquez has an Appearance in this case and also Attorney Mark Dailey has filed an Appearance, therefore, I ask permission to withdraw from this case.

February 23, 2005

Rachel Manzo BBO 658311
DAILEY & ASSOCIATES
353 West Center Street, Post Office Box 517
West Bridgewater, MA  02379
(508) 588-4800