UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN CALDWELL and ) <br> MEREDITH CALDWELL, individually ) <br> and as parents and next friend of ) <br> CHRISTOPHER CALDWELL, ) <br> Plaintiffs ) <br> ) <br> vi. ) <br> ) <br> GROVE OPERATING, LIMITED ) <br> PARTNERSHIP, ) <br> EQUITY RESIDENTIAL PROPERTIES ) <br> MANAGEMENT CORP., EQUITY ) <br> RESIDENTIAL PROPERTIES ) <br> MANAGEMENT CORP. II, EQUITY ) <br> RESIDENTIAL PROPERTIES ) <br> MANAGEMENT LIMITED ) <br> PARTNERSHIP, SAMUEL ) <br> ZELL as Trustee of EQUITY ) <br> RESIDENTIAL, and EQUITY ) <br> RESIDENTIAL ) <br> Defendants ) <br> ) | Civil Action No. 04-11950-MLW |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of the Motion to Withdraw as an attorney for the Plaintiffs, was served this date by mailing first class postage prepaid to the Defendant's counsel, Attorney Elizabeth A. Houlding, Peabody & Arnold LLP, 30 Rowes Wharf, Boston, MA 02110.

SIGNED under the pains and penalties of perjury.

Dated: February 23, 2005

_____
Rachel Manzo