# DAILEY & ASSOCIATES

PROFESSIONAL ASSOCIATION OF ATTORNEYS AT LAW

RICHARD C. DAILEY
JOSEPH A. ENRIQUEZ
AMY L. HANSON*
JAMES F. ROGERS II
ANNE I. CHALMERS
MARK E. DAILEY**



353 WEST CENTER STREET
POST OFFICE BOX 517
WEST BRIDGEWATER, MA 02379
TELEPHONE (508) 588-4800
FACSIMILE (508) 588-2067
WWW.DAILEYLAW.COM

\* Also admitted in NH
\*\* Also admitted in DC

July 8, 2005

United States District Court for
The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Attention: Civil Clerk's Office

*Re:* ***Benjamin Caldwell et al v. Grove Operating Limited Partnership et al***
***Civil Action No. 04-11950-MLW***

Dear Civil Clerk:

I write to inform the Court that the parties have settled the above referenced civil action. The parties will submit to this Honorable Court, a Joint Motion For Approval of The Settlement Of All Claims, on or before the currently scheduled status conference set for July 27, 2005.

Should you have any questions or concerns please do not hesitate to contact me.

Very truly yours,

Mark E. Daily, Esq.

cc: Elizabeth A. Houlding, Esquire
cc: Clients