UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL, Plaintiffs<br><br>v.<br><br>GROVE OPERATING, LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL Defendants | Civil Action No. 04-11950-MLW |

## JOINT MOTION FOR APPROVAL OF THE SETTLEMENT OF ALL CLAIMS

The plaintiffs, Benjamin Caldwell and Meredith Caldwell, individually and as parents and next friends of Christopher Caldwell, their minor child, and the defendants[1] respectfully request that this Court approve the settlement of all claims asserted by the plaintiffs on behalf of their minor child, Christopher Caldwell, in the above-entitled matter, for the consideration of Fifteen Thousand Six Hundred Thirty-Six Dollars and Fifty Cents ($15, 636.50). In support of this Motion, the parties state the following:

---

[1] Grove Operating Limited Partnership, Equity Residential Properties Management Corp., Equity Residential Properties Management Corp. II, Equity Residential Properties Management Limited Partnership, Samuel Zell as Trustee of Equity Residential, and Equity Residential.

1. This case arises out of the plaintiffs' tenancy at 120 Dean Street, Apartment 101B, Taunton, Massachusetts from approximately August 14, 2003 to Febraury 18, 2004.

2. The plaintiffs originally filed suit in Bristol Superior Court, alleging that the defendants had failed to provide adequate heat and drinking water for the plaintiffs' apartment, and charged a holding fee in violation of G.L. c. 186 § 15B. The Complaint is in five counts: Violation of G.L. c. 186 § 15B (Count I); Breach of implied warranty of habitability (Count II); Breach of Lease Agreement (Count III); Violation of G.L. c. 93A (Count IV); and Negligence (Count V).

3. On September 8, 2004, the defendants filed a Notice of Removal of this Matter to the United States District Court for the District of Massachusetts.

4. The settlement amount of Fifteen Thousand Six Hundred Thirty-Six Dollars and Fifty Cents ($15, 636.50) reflects a reasonable compromise between the positions taken by the plaintiffs and the defendants.

5. The plaintiffs will receive a net amount of Nine Thousand Six Hundred Forty-One Dollars and Ninety-Six Cents ($9,641.96) after deducting a legal fee (which includes any legal expenses) of Five Thousand Nine Hundred Ninety-Four Dollars and Fifty-Three Cents ($5,994.53).

WHEREFORE, the parties respectfully request that this Court approve the settlement in accordance with terms and conditions of the attached Release executed by Benjamin Caldwell and Meredith Caldwell, individually and as parents and next friends of Christopher Caldwell, a minor.

Respectfully submitted,
Plaintiffs,
BENJAMIN CALDWELL, ET AL.
By their attorney,

_/s/ Mark E. Dailey_____
Mark E. Dailey, Esq. (BBO# 652308)
Dailey & Associates, P.A.
353 West Center Street
P.O. Box 517
West Bridgewater, MA  02379
(508) 588-4800


Respectfully submitted,
Defendants,
GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL
By their attorneys,

_/s/ E.A. Houlding_____
Allen N. David (BBO# 115000)
Elizabeth A. Houlding (BBO #645981)
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100