## RELEASE AND SETTLEMENT AGREEMENT

IN CONSIDERATION of the payment of Fifteen Thousand Six Hundred Thirty Six Dollars and Fifty Cents ($15,636.50), this *Release and Settlement Agreement* (the "Release") is being executed by Benjamin Caldwell and Meredith Caldwell, Individually and in their capacity as Parents and Next Friends of Christopher Caldwell, their minor child ("the RELEASORS").

The RELEASORS, on behalf of themselves, their minor child Christopher, their heirs, executors, administrators and assigns, forever release, acquit and discharge Grove Operating Limited Partnership, Equity Residential Properties Management Corp., Equity Residential Properties Management Corp. II, Equity Residential Properties Management Limited Partnership, Samuel Zell as Trustee of Equity Residential, and Equity Residential, and each and every one of their respective successors, heirs, administrators, assigns, shareholders, present and former parent companies, subsidiaries, affiliates and related companies and each and every one of their partners, both general and limited, officers, directors, present and former agents, servants, representatives, employees, consultants, attorneys and insurers, whether primary or excess ("the RELEASEES") from any and all actions, causes of action, claims, demands, damages, costs, loss of services, expenses, compensation, consequential damages or any other claim whatsoever which the RELEASORS now have or may ever have, either individually or in their capacity as parents and next friends of their minor child Christopher, against the RELEASEES, including any claims which in any way arise out of the RELEASORS' tenancy at 120 Dean Street, Apartment 101B, in Taunton, Massachusetts, from or about August 14, 2003 to or about February 13, 2004, including, without limitation, any and all known and unknown personal injury or property damage and any and all claims set forth or which could have been set forth in the legal action commenced in the Bristol Superior Court, Commonwealth of Massachusetts, entitled <u>Benjamin Caldwell and Meredith Caldwell, Individually and as Parents</u>

and Next Friends of Christopher Caldwell v. Grove Operating Limited Partnership et al., Civil Action No. 2004-00879A, which was subsequently removed to United States District Court for the District of Massachusetts and docketed as 2004-CV-11950-MBB (collectively, the "Civil Action").

The RELEASORS hereby acknowledge and assume all risk, chance or hazard that any injuries, including those of their minor child Christopher, that may have resulted from the above-referenced tenancy may be or become permanent, progressive, greater, or more extensive than is now known, anticipated or expected. No promise or inducement which is not herein expressed has been made to the RELEASORS or their minor child, and in executing this Release, the RELEASORS do not rely upon any statement or representation made by any person, firm or corporation, hereby released, or any agent, physician, doctor or any other person representing them or any one of them, concerning the nature, extent or duration of said damage or losses or the legal liability therefor.

In further consideration of the above payment, the RELEASORS, for themselves, their minor child Christopher, their heirs, next of kin, executors, administrators, successors, and assigns covenant and agree to indemnify and hold harmless the said RELEASEES from all claims, demands, and suits from damages, costs, loss of services, expenses or compensation which the RELEASORS, their heirs, next of kin, executors, administrators, successors, or assigns have or may ever have on account of or in any way growing out of said tenancy or its results. In addition, the RELEASORS further warrant, both individually and on behalf of their minor child Christopher, that any liens upon the settlement money paid to the RELEASORS on behalf of the RELEASEES, including any attorneys' lien for services rendered to the RELEASORS, in connection with the tenancy referenced herein, shall be satisfied from the proceeds of this settlement. If any person or entity sues the RELEASEES and/or their attorneys for any claims

arising out of any alleged lien on the money paid to the RELEASORS in settlement, the RELEASORS will hold harmless, defend and indemnify the RELEASEES from all such claims. The duty of the RELEASORS to indemnify includes the duty to pay all costs and reasonable attorneys' fees incurred in defending against any such claims and is in addition to, and not in lieu of, any other remedies the RELEASEES may have against the RELEASORS for breach of warranty.

Payment shall be made by check payable to *"Benjamin Caldwell and Meredith Caldwell, Individually and as Parents and Next Friends of Christopher Caldwell AND Dailey & Associates P.A."* in the amount of Fifteen Thousand Six Hundred Thirty Six Dollars and Fifty Cents ($15,636.50).

Upon full payment under this Release, RELEASORS agree to file a Stipulation of Dismissal with Prejudice, through counsel, as to all claims in the Civil Action, with each party waiving all costs and rights of appeal.

The RELEASORS understand that this settlement is the compromise of a disputed claim, and that the payment is not to be construed as an admission of liability on the part of the persons, firms and corporations hereby released by whom liability is expressly denied.

This Release contains the ENTIRE AGREEMENT between the parties hereto, and the terms of this Release are contractual and not a mere recital.

The RELEASORS further state that they have carefully read the foregoing Release and know and understand the contents thereof, and sign the same, on behalf of themselves and their minor child Christopher, as their own free act and deed.

IN WITNESS WHEREOF the undersigned being duly authorized has executed this Release to take effect as a sealed instrument under the laws of the Commonwealth of Massachusetts this 21 day of June, 2005.

_____
Benjamin Caldwell, individually and as parent and next friend of Christopher Caldwell, his minor child

Witness: _____

Anne Chalmers    353 West Center St.
                 West Bridgewater, MA 02379
Printed Name and Address of Witness


_____
Meredith Caldwell, individually and as parent and next friend of Christopher Caldwell, her minor child

Witness: _____

Anne Chalmers    353 West Center St.
                 West Bridgewater, MA 02379
Printed Name and Address of Witness

615847_1
13187-90883