UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL, Plaintiffs<br><br>v.<br><br>GROVE OPERATING, LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL Defendants | Civil Action No. 04-11950-MLW |

## REQUEST FOR HEARING

**NOW COME THE PARTIES** in the above captioned matter and hereby request a hearing on the enclosed motion. Parties further requests that notice of hearing be sent to both Plaintiff and Defendant, at least 7 days in advance.

Respectfully submitted,
Plaintiffs,
BENJAMIN CALDWELL, ET AL.
By their attorney,

_____
Mark E. Dailey, Esq. (BBO# 652308)
Dailey & Associates, P.A.
353 West Center Street
P.O. Box 517
West Bridgewater, MA 02379
(508) 588-4800

Respectfully submitted,
Defendants,
GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL
By their attorneys,

*/s/ E.A. Houlding*

Allen N. David (BBO# 115000)
Elizabeth A. Houlding (BBO #645981)
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100