UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL,<br>Plaintiffs<br><br>v.<br><br>GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL.<br>Defendants | Civil Action No. 04-11950-MBB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Benjamin Caldwell and Meredith Caldwell, individually and as parents and next friend of Christopher Caldwell ("Plaintiffs"), and Grove Operating Limited Partnership, Equity Residential Properties Management Corp., Equity Residential Properties Management Corp. II, Equity Residential Properties Management Limited Partnership, Samuel Zell as Trustee of Equity Residential, and Equity Residential (collectively, "Defendants") hereby stipulate to the dismissal of

this action and all counterclaims with prejudice, without rights of appeal, and without costs to either party.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Plaintiffs, | Defendants, |
| BENJAMIN CALDWELL and MEREDITH CALDWELL, individually and as parents and next friend of CHRISTOPHER CALDWELL, | GROVE OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP., EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. II, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT LIMITED PARTNERSHIP, SAMUEL ZELL as Trustee of EQUITY RESIDENTIAL, and EQUITY RESIDENTIAL |
| By their attorneys, | |
| /s/ Mark E. Dailey | By their attorneys, |
| Mark E. Dailey, Esq., BBO #652308 DAILEY & ASSOCIATES, P.A. 353 West Center Street P.O. Box 517 West Bridgewater, MA 02379 (508) 588-4800 | /s/ E. A. Houlding Allen N. David, BBO #115000 Elizabeth A. Houlding, BBO #645981 PEABODY & ARNOLD LLP 30 Rowes Wharf Boston, MA 02110 (617) 951-2100 |
| Dated: | Dated: August 3, 2005 |

PABOS2:EHOULDI:620038_1
13187-90883

CERTIFICATE OF SERVICE
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record. by hand
Signed under the pains and penalties of perjury
DATED: Aug 3, 2005
/s/ E. A. Houlding