UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENJAMIN CALDWELL and
MEREDITH CALDWELL, et al,
        Plaintiff,

v.
        CIVIL ACTION
        NO.  04-11950-MBB

GROVE OPERATING LIMITED
PARTNERSHIP, et al.
        Defendants.

## FINAL JUDGMENT

**August 9, 2005**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal Docket Entry #25 filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

        /s/ Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge

Case 1:04-cv-11950-MBB   Document 26   Filed 08/09/2005   Page 2 of 2